# Exhibit A

## TRANSLATOR'S CERTIFICATION

I, Khushal Ahmadzai, hereby certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed this 3 rd day of June 2005.

KHUSHAL AHMADZAI
6925 Sharpsburg Drive
Centreville, VA 20121
(703) 222-3220

---

## HOW TO HELP YOUR RELATIVE DETAINED BY OR
## AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the 19 day of February , 2005

### Authorization

My name is Sayyed Mohammad Shah. I am acting as next friend for my brother, whose name is Ali Shah Mousovi, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[ x ] Guantanamo Bay
[    ] Bagram prison
[    ] the detention center at _____
[    ] another detention.

05 1124

**FILED**

JUN - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed): <u>Idris Khattak</u>

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

9356420.2.LITIGATION 6/1/2005 4:40 PM

*Oli Shah Qurrani*

چطور میتوانید خویشاوندان تانرا که از طرف دولت امریکا و یا به تقضای
آن دولت دستگیر گردیده اند، کمک کنید .

دفتر وکالت خانه دکرت و "عدالت در جلای وطن" که یک موسسهٔ غیر انتفاعی است به همکاری
یکدیگر میفواهند به آن مردمیکه خویشاوندان شان توسط دولت امریکا و یا به تقضای آن دولت
زندانی شده اند به طورمجانی کمک های قانونی بنمایند. لیکن برای انجام اینکار به همکاری شما
ضرورت دارند. شما باید به حیث موکل خویشاوند تان برایشان صلاحیت بدهید که منحیث دوست
خویشاوند شما عمل بنمایند، چونکه بدون این صلاحیت نامه، آنها نمیتوانند با خویشاوند زندانی تان
ببیند و از او شخصاً اجازه بگیرند تا از وی نمایندگی کنند.
در آن صلاحیتنامه شما باید معلومات آتی را تهیه کنید:
(الف) نام تان (ب) قرابت تان با زندانی که میفواهید با او کمک صورت بگیرد(پ) اسم زندانی
که میفواهید با او کمک صورت بگیرد (ت) جائیکه فکر میکنید زندانی در آنجا قید است مثلاً
گوانتانموبی ، بگرام و یا کدام زندان دیگر.

ترجمه ای نری صلاحیتنامه قرار ذیل است:

تاریخ: روز ــــــــــــ ماه ــــــــــــ سال 2005
نام من ــــــــــــــــــــــــ است. من ازخویشاوند تان که ــــــــــــــ
میباشم واسم اش ـــــــــــــــــــــــ است نماینده گی میکنم.
او در زندان ذیل قید میباشد:
لطفاً یک چلیپا( ) در پهلوی زندانیکه خویشاوند شما در آن قید است بگذارید.

(X) زندان گوانتانموبی
( ) زندان بگرام
( ) زندانی که در ـــــــــــــــ واقع میباشد.
( ) کدام زندان دیگر.

من به دکرت ال ال پی، کلائیف ستافورد سمیت، عدالت در جلای وطن و یا هرشخصی دیگریکه
توسط آنها انتخاب گردد صلاحیت میدهم که بنمایندگی از من و خویشاوندم در قسمت جمع آوری
معلومات و اسناد ضروری که از آن برای دفاع از خویشاوندم استفاده گردد، عمل نماید و در
محاکم امریکائی و دیگر مراجع قانونی خواستار انصاف در حق خویشاوند من گردند.

امضاء: 

امضاء شاهد: 

اسم شاهد: ادریس خیبر

1

دفاع لپاره ځيني ګټه واخيستل شي، د عمل وکړي. او سره له دې نه په امريکي محکمو او
نورو قانوني مراجعو کي زما د خپلوان لپاره د انصاف غوښتنه وکړي.

لاسليک _____

شاهد نوم _____

د شاهد لاسليک _____

دا اجازت نامه باید په لاندی پته ولیږل شي:
Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa 19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړی په آینده کی موږ د تاسو د خپلوان د قضیه په برخه کی معلومات درولیږو
نو لطفاً خپل پته موږ ته ولیږی.


## د قانوني جریاناتو روانه حالت

دبندیانو وکیلان د امریکی د عالي محکمی کی د 2004 کال د جون په میاشتی کی هغه
قضیه نی وګټل چی په هغه کی د ګوانتانمو بی بندیانو ته اجازت ورکړل کیږی چی د خپل
آزادی لپاره محکمی ته عریضه وکړي. خو تنه بندیان په ګوانتانمو بی کی چی شاید تعداد
نی له شلو نه ډیر نه وی په بالاخره د دولت لخوامحکمه شي او هغوی ته په نظامي وکیلان
وتاکل شي. تر اوسه پوری 15 بندیان د محکمی د پاره تیارشوی دی، مګر فقط څلور تنه
نی (یو آسترالیاني، یو سوداني او دوه یمني) بشنی رسمی تور لګول شویدی. د امریکی
حکومت خیال دا دی چی نور بندیان تر هغه وخته پوری چی د دوی خوبه وی هلته
وساتی او یا یا په خپل خوبه دوی آزاد کړی. لیکن وکیلان غواړی چی باید دغه بندیان
یامحکمه شي اویا باید آزاد شي.

2

# Exhibit B

## TRANSLATOR'S CERTIFICATION

I, Khushal Ahmadzai, hereby certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed this 3rd day of June 2005.

KHUSHAL AHMADZAI
6925 Sharpsburg Drive
Centreville, VA  20121
(703) 222-3220

## HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date:  the 19 day of  February , 2005

### Authorization

My name is Abdul Wahid.  I am acting as next friend for my brother, whose name is Izzatullah Nusrat, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[ X ] Guantanamo Bay
[___] Bagram prison
[___] the detention center at _____
[___] another detention.

*05 1124*

**FILED**

JUN - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed): <u>Idris Khattak</u>

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

9356420.2.LITIGATION 6/1/2005 4:43 PM

څرنګه کولای شی چه خپلو خپلوانو سره چی د امریکی حکومت   لخوا یا د هغوی په امر باندی نیول شوی دئ، مرسته وکړی

د دکرت وکالت خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاعی موسسه ده، د یو بل په مرسته غواړی هغو خلکو سره چه د هغوی خپلوان د امریکی حکومت لخوا او یا د هغوی په امر باندی بندیان شویدی، مقته قانونی مرستی وکړی. لیکن ددغه کار د سرته رسیدلو لپاره د تاسو همکاری ته ضرورت لری. تاسو باید د خپلو خپلوانو د موکل په حیث دوی ته اجازه ورکړی چی دستاسو سره دی بندی دی وګوری او د هغوی نه شخصاً اجازه واخلی چی د هغوی وکالت وکړی، ځکه چی بی له دغه اجازت نامی نه دغه موسسه نشی کولای چی بندیانو سره وګوری او د هغوی وکا لت وکړی.

تاسو باید دا لاندنی فورمه ډک کړی او په هغه کی دا لاندی معلومات مونږته راکړی: (الف) خپل نوم (ب)  د تاسو رشته له بندی سره مثلاً پلار، مور، ورور، اکا او وغیره (پ)  د هغه بندی نوم چی تاسو غواړی هغه سره مرسته وشی (ت)  د بندی خانی نوم چی تاسو فکر کوی ستاسو بندی هلته قید دی مثلاً ګوانتانمو بی ، بګرام  او یا کوم بل بندیخانه .

د دغه انګریزی اجازت نامه پښتو ترجمه ئی په لاندی ډول دی:

نیټه: د ------- میاشتی ___ ۱۹ / ۲___ ورځ ، 2005 کال

اجازت نامه

زما نوم _____ دی. زه د خپل خپلوان چی زما _____ سلام اوورور کیږی او نوم نی _____ دی نمایندگی کوم .
هغه بندی خانه چی ستاسو بندی په هغه کی قید دی د هغه د نوم تر څنګ یو چلیپا (✗) وباسی.

(✗) ګوانتانمو بی
( ) بګرام بندی خانه
( ) هغه بندی خانه چی په _____ کی دی
( ) کومه بله بندی خانه

زه د دکرت وکالت خانه ، کلایف ستافورد سمیت ، عدالت په جلای وطن موسسیّ  او هر چا نور چی د دوی لخوا مقرر کیږی ته دا صلاحیت ورکوم چی زما او زما د خپلوان له پلوه څخه د هر ډول ضروری اسناد او معلوماتو د راټول ولو په برخه کی چی د هغی د

⑤

۱

دفاع لپاره ځینی ګټه واخیستل شی عمل وکړی. او سره له دی نه په امریکی محکمو او
نورو قانونی مراجعو کی زما د خپلوان لپاره د انصاف غوښتنه وکړی.

لاسلیک _____

شاهد نوم _____

د شاهد لاسلیک _____

دا اجازت نامه باید په لاندی پته ولیږل شی:
Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa 19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړی په آینده کی مونږ د تاسو د خپلوان د قضیه په برخه کی معلومات درولیږو
نو لطفاً خپل پته مونږ ته ولیږی.

## د قانونی جریاناتو روانه حالت

دبندیانو وکیلان د امریکی په عالی محکمی کی د 2004 کال د جون په میاشتی کی هغه
قضیه ئی وګټل چی په هغه کی د ګوانتانمو بی بندیانو ته اجازت ورکړل کیږی چی د خپل
آزادی لپاره د محکمی ته عریضه وکړی . خو ته بندیان په ګوانتانمو بی کی چی شاید تعداد
ئی له شلو نه دیر نه وی به بالاخره د دولت لخوا محکمه شی او هغوی ته به نظامی وکیلان
وتاکل شی. تر اوسه پوری 15 بندیان د محکمی د پاره تیار شوی دی، مګر فقط څلور تنه
ئی (یو آسترالیائی، یو سودانی او دوه یمنی) باندی رسمی تور لګول شویدی. د امریکی
حکومت خیال دا دی چی نور بندیان تر هغه وخته پوری چی د دوی خوښه وی هلته
وسا تی او بیا په خپل خوښه دوی آزاد کړی. لیکن وکیلان غواړی چی باید دغه بندیان
یا محکمه شی او یا باید آزاد شی.

# Exhibit C

## TRANSLATOR'S CERTIFICATION

I, Khushal Ahmadzai, hereby certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed this 3rd day of June 2005.

KHUSHAL AHMADZAI
6925 Sharpsburg Drive
Centreville, VA  20121
(703) 222-3220

## HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date:  the 19 day of February , 2005

## Authorization

My name is Abdul Wahid. I am acting as next friend for my father, whose name is Haji Nusrat, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[ x ] Guantanamo Bay
[   ] Bagram prison
[   ] the detention center at _____
[   ] another detention.

*05 1124*

**FILED**

JUN - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed): Idris Khattak

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

9356420.2.LITIGATION 6/1/2005 4:38 PM

څرنګه کولای شی چه خپلو خپلوانو سره چی د امریکی
حکومت    لخوا یا د هغوی په امر باندی نیول شوی دئ،
مرسته وکړی

د دکرت وکالت خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاعی موسسه ده، د یو
بل په مرسته غواړی هغو خلکو سره چه د هغوی خپلوان د امریکی حکومت لخوا او یا د
هغوی په امر باندی بندیان شویدی، مفته قانونی مرستی وکړی. لیکن ددغه کار د سرته
رسیدلو لپاره د تاسو همکاری ته ضرورت لری. تاسو باید د خپلو خپلوانو د موکل په
حیث دوی ته اجازه ورکړی چی دستاسو خپلوان سره چی بندی دی وګوری او د هغوی
نه شخصاً اجازه واخلی چی د هغوی وکالت وکړی، ځکه چی بی له دغه اجازت نامی نه
دغه موسسه نشی کولای چی بندیانو سره وګوری او د هغوی وکا لت وکړی.

تاسو باید دا لاندی فورمه ډک کړی او په هغه کی دا لاندی معلومات مونږته راکړی:
(الف) خپل نوم  (ب)  د تاسو رشته له بندی سره مثلا پلار، مور، ورور، خور، اکا او
وغیره (ب)  د هغه بندی نوم چی تاسو غواړی هغه سره مرسته وشی (ت) د بندی خانی
نوم چی تاسو فکر کوی ستاسو بندی هلته قید دی مثلا ګوانتانمو بی، بګرام او یا کوم بل
بندیخانه.

د دغه انګریزی اجازت نامه پښتو ترجمه ئی په لاندی دول دی:

نیټه: د--------------- میاشتی  --------- ورځ، 2005 کال

اجازت نامه
زما نوم  _____ دی. زه د خپل خپلوان چی زما _____
کیږی او نوم نی _____ ئی نمایندګی کوم.
هغه بندی خانه چی ستاسو بندی په هغه کی قید دی د هغه د نوم تر څنګ یو چلیپا (✗)
وباسی.

(✗) ګوانتانمو بی
( ) بګرام بندی خانه
( ) هغه بندی خانه چی په _------------ کی دی
( ) کومه بله بندی خانه

زه د دکرت وکالت خانه، کلایف ستافورد سمیت، عدالت په جلای وطن موسسیٰ او هر
چا نور چی د دوی لخوا مقرر کیږی ته دا صلاحیت ورکوم چی زما او زما د خپلوان له
پلوه څخه د هر دول ضروری اسناد او معلوماتو د راټول ولو په برخه کی چی د هغی د

⑤

ا

دفاع لپاره حُينى گته واخیستل شی عمل وکړی.  او سره له دی نه په امریکی محکمو  او
نورو قانونی مراجعو کی زیا د خپلوان لپاره د انصاف غوښتنه وکړی.

‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐  لاسلیک ‐‐‐‐‐

‐‐‐‐‐‐‐‐‐‐‐‐‐‐‐  شاهد نوم ‐‐

‐ ‐ ‐‐‐‐‐‐‐‐‐  د شاهد لاسلیک ‐‐

دا اجازت نامه باید په لاندی پته ولیږل شی:
Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa  19103
Phone: 215.994.2449
Fax: 215.655.2449
که تاسو غواړی په آینده کی په مونږ د تاسو د خپلوان د قضیه په برخه کی معلومات درولیږو
نو لطفاً خپل پته مونږ ته ولیږی.


## د قانونی جریاناتو روانه حالت

دبندیانو وکیلان د امریکی په عالی محکمی کی  د 2004 کال د جون په میاشتی کی هغه
قضیه ئی وگتل چی په هغه کی د گوانتانمو بی بندیانو ته اجازت ورکړل کیږی چی د خپل
آزادی لپاره محکمی ته عریضه وکړی .  ﺧو تته بندیان په گوانتانمو بی کی چی شاید تعداد
ئی له شلو نه دیر نه وی به بالاخره د دولت لخوامحکمه شی او هغوی ته نه نظامی وکیلان
وتاکل شی.  تر اوسه پوری 15 بندیان د محکمی د پاره تیارشوی دی، مگر فقط څلور تنه
ئی (یو آسترالیائی، یو سودانی او دوه یمنی) باندی رسمی تور لگول شویدی.  د امریکی
حکومت خیال دا دی چی نور بندیان تر هغه وخته پوری چی د دوی خوښه وی هلته
وسا تی او بیا په خپل خوښه دوی آزاد کړی.  لیکن وکیلان غواړی چی باید دغه بندیان
یامحکمه شی اویا باید آزاد شی.

٦

2

# Exhibit D

## TRANSLATOR'S CERTIFICATION

I, Khushal Ahmadzai, hereby certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed this 3rd day of June 2005.

KHUSHAL AHMADZAI
6925 Sharpsburg Drive
Centreville, VA 20121
(703) 222-3220

---

## HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the 23 day of February, 2005

### Authorization

My name is Mohammad Wakil. I am acting as next friend for my son, whose name is Rohullah Wakil, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[ X ] Guantanamo Bay
[__] Bagram prison
[__] the detention center at _____
[__] another detention.

05 1124

FILED

JUN - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed): _____

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings

Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.

Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

9356420.2.LITIGATION 6/1/2005 4:45 PM

څرنګه کولای شی چه خپلو خپلوانو سره چی د امریکی
حکومت      لخوا یا د هغوی په امر باندی نیول شوی دئ،
مرسته وکړی

د دکرت وکالت خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاعی موسسه ده، دو
بل په مرسته غواړی هغو خلکو سره چه د هغوی خپلوان د امریکی حکومت لخوا او یا د
هغوی په امر باندی بندیان شویدی، مفته قانونی مرستی وکړی. لیکن ددغه کار د مرته
رسیدلو لپاره د تاسو همکاری ته ضرورت لری . تاسو باید د خپل خپلاوو د موکل په
حیث دوی ته اجازه ورکوی چی دستاسو خپلوان سره چی بندی دی وګوری او د هغوی
نه شخصا اجازه واخلی چی د هغوی وکالت وکړی ، ځکه چی بی له دغه اجازت څخه نه
دغه موسسه نشی کولای چی بندیانو سره وګوری او د هغوی وکا لت وکړی.

تاسو باید دا لاندنی فورمه ډک کړی او په هغه کی دا لاندنی معلومات موندیته راکړی:
(الف) خپل نوم  (ب)  د تاسو رشته له بندی سره مثلا پلار، مور، ورور، خور، اکا او
وغیره (پ)   د هغه بندی نوم چی تاسو غواړی هغه سره مرسته وشی (ت)   د بندی خانی
نوم چی تاسو فکر کوی دستاسو بندی هلته قید دی مثلا ګوانتانمو بی ، بګرام  او یا کوم بل
بندیخانه.

د دغه انګریزی اجازت نامه پښتو ترجمه تی په لاندی دول دی:

نیټه: د ___ مه ٥ ___ میاشتی   ___ ٣ ___ مورخ ، 2005 کال

اجازت نامه

زما نوم ___ محمد فضل ___ دی، زه د خپل خپلوان چی زما ___ ځوی ___
کیږی او نوم ئی ___ عبدالوکیل ___ دی نمایندگی کوم.
هغه بندی خانه چی ستاسو بندی په هغه کی قید دی د هغه د نوم تر ځنگ پر چلیپا (×)
وباسی.

(×) ګوانتانمو بی
(  ) بګرام بندی خانه
(  ) هغه بندی خانه چی په _____ کی دی
(  ) کومه بله بندی خانه

زه د دکرت وکالت خانه ، کلایف ستافورد سمیت ، عدالت په جلای وطن موسسې  او هر
چا نور چی د دوی لخوا مقرر کیږی ته دا صلاحیت ورکوم چی زما او زما د خپلوان له
پلوه څخه د هر دول ضروری اسناد او معلوماتو د راتول ولو په برخه کی چی د هغی د

۱

دفاع لپاره خيلي ګنه واخيستل شي عمل وكړو. او سره له دي نه په امريکي محکمو او
نورو قانوني مراجعو کي زما د خپلوان لپاره د انصاف غوښتنه وكړي.



لاسليک _____

شاهد نوم _____

د شاهد لاسليک _____

دا اجازت نامه بايد په لاندي پته وليږل شي:
Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa 19103
Phone: 215.994.2449
Fax: 215.655.2449

كه تاسو غواړی په آينده کی موټر د تاسو د خپلوان د قضيه په برخه کی معلومات درولیږو
نو لطفاً خپل پته موټر ته وليږی.

د قانوني جريانانو روانه حالت

دبنديانو وكيلان د امريکي په عالي محکمي کي  د 2004 كال د جون په مياشتي کي هغه
قضيه ني وګټل چي په هغه کی د ګوانتانمو بی بنديانو ته اجازت وركړل كیږي چی د خپل
آزادی لپاره محكمي ته عريضه وكړي.  خوتته بنديان په ګوانتانمو بی کی چی شايد تعداد
ني له شلو نه دير نه وي به بالاخره د دولت لخوا محكمه شي او هغوی ته به نظامي وكيلان
وتاكل شي.  تر اوسه پوری 15 بنديان د محكمی د پاره تیارشوی دی، مګر قط ټولو ته نه
ني (يو آسترالياني، يو سوداني او دوه يمني) باندی رسمی تور لګول شويدی.  د امريکي
حكومت خپل دا دی چی نور بنديان تر هغه وخته پوری چی د دوی  څوپه وی هاته
وساتی او ببا په خپل څوپه دوی آزاد كړي.  ليكن وكيلان غواړی چی بايد دغه بنديان
يامحكمه شي اويا بايد آزاد شي.

2

# Exhibit E

## TRANSLATOR'S CERTIFICATION

I, Khushal Ahmadzai, hereby certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed this 3rd day of June 2005.

KHUSHAL AHMADZAI
6925 Sharpsburg Drive
Centreville, VA  20121
(703) 222-3220

---

## HOW TO HELP YOUR RELATIVE DETAINED BY OR
## AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center).  What the authorization says in English is as follows:

Date: the 23rd day of February , 2005

### Authorization

My name is <u>Mohammad Hassan</u>.  I am acting as next friend for my <u>son</u>, whose name is <u>Sabar Lal</u>, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[ X ] Guantanamo Bay
[__] Bagram prison
[__] the detention center at _____
[__] another detention.

*05 1124*

**FILED**

JUN - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____
Signature

*Witnessed By:*

_____
Signature of Witness

Name of Witness (printed): _____

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

9356420.2.LITIGATION 6/1/2005 4:46 PM

څرنګه کولای شي چه خپلو خپلوانو سره چی د د ابتدائی
حکومت    لخوا یا د هغوی په امر باندی نیول شوی دئ،
مرسته وکړی

د دکرت وکالت خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاعی موسسه ده، د یو بل په مرسته غواړی هغو خلکو سره چه د هغوی خپلوان د امریکی حکومت لخوا او یا د هغوی په امر باندی بندیان شویدی، مقه قانونی مرستی وکړی. فیکر ددغه کار د سرته رسیدلو لپاره د تاسو همکاری ته ضرورت لری. تاسو باید د خپلو خپلوانو د موکل په حیث دوی ته اجازه ورکړی چی نستاسو خپلوان سره چی بندی دی وګوری او د هغوی نه شخصاً اجازه واخلی چی د هغوی وکالت وکړی ، ځکه چی بی له دغه اجازت نامی نه دغه موسسه نشی کولای چی بندیانو سره وگوری او د هغوی وکا لت وکړي.

تاسو باید دا لاندنی فورمه ډک کړی او په هغه کی دا لاندی معلومات مونږ ته راکړی:
(الف) خپل نوم  (ب)  د تاسو رشته له بندی سره مثلا پلار، مور، ورور، خور، لکا او
وغیره (پ)  د هغه بندی نوم چی تاسو غواړی هغه سره مرسته وشی (ت)  د بندی خانی
نوم چی تاسو فکر کوی ستاسو بندی هلته قید دی مثلا گوانتنامو بی ، بگرام  او یا کوم بل
بندیخانه.

د دغه انگریزی اجازت نامه پښتو ترجمه ئی په لاندی دول دی:

نیټه: دسپتمبر میاشتی ___3سپتمبر___ ، 2005 کال

اجازت نامه

زما نوم ___محمد حسین___ دی، زه د خپل خپلوان چی زما ___خوی___
ګیری او نوم ئی ___عبدالحی___ دی نمایندگی کوم.
هغه بندی خانه چی ستاسو بندی په هغه کی قید دی د هغه د نوم تر څنگ یو چلیپا (X)
وباسی.

(X) گوانتنمو بی
( ) بگرام بندی خانه
( ) هغه بندی خانه چی په _____ کی دی
( ) کومه بله بندی خانه

زه د دکرت وکالت خانه ، کلایف سټافورد سمیت ، عدالت پۀ جلای وطن موسسۀ  او هر چا نور چی د دوی لخوا مقرر کیږی ته دا صلاحیت ورکوم چی زما او زما د خپلوان له پلوه څخه د هر دول ضروری اسناد او معلوماتو د راټولولو په برخه کی چی د د هغی د

۱

دفاع لپاره ځینې ګټه واخیستل شي ځل وکړمه  او سره له دې نه په امریکي مکتبونو  او
نورو قانوني مراجعو کې زماد خپلوان لپاره د انصاف غوښتنه وکړی.

لاسلیک _____

شاهد نوم _____

د شاهد لاسلیک _____

دا اجازت نامه باید په لاندی پته ولیږل شي:
Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa. 19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړي په آینده کې مونږ د تاسو د خپلوان د قضیه په برخه کې معلومات درولیږدو
نو لطفاً خپل پته مونږ ته ولیږی.

## د قانوني جریاناتو روانه حالت

دبندیانو وکیلان د امریکي په عالي محکمي کې  د 2004 کال د جون په میاشتی کې هغه
قضیه ئی وګټل چی په هغه کی د ګرانتانمو بی بندیانو ته اجازت ورکول کیږی چی د خپل
آزادی لپاره محکمي ته عریضه وکړي . کمو ته بندیان په ګرانتانمو ښی کی چی شاید تعداد
ئی له شلو نه ډیر نه وی په بالاخره د دولت لخوامحکمه شي او هغوی ته په نظامي وکیلان
وتکال شي.  تر اوسه پوری 15 بندیان د محکمي د پاره تیارشوی دی، مګر فقط څلور تنه
ئی (یو استرالیائی، یو سودانی او دوه یمنی) باقی رسمی تور لګول شویدی.  د امریکی
حکومت خیال دا دی چی نور بندیان تر هغه وخته پوری چی د دوی  خوښه وی هلته
وساتی او بیا په خپل خوښه دوی آزاد کړی.  لیکن وکیلان غواړی چی باید دغه بندیان
یامحکمه شی اویا باید آزاد شی.

# Exhibit F

### TRANSLATOR'S CERTIFICATION

I, Khushal Ahmadzai, hereby certify that I am fluent in the English and Pashto languages, and that the following is an accurate translation of the original document attached entitled "Authorization."

I declare under penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge and belief.

Signed this 3rd day of June 2005.

KHUSHAL AHMADZAI
6925 Sharpsburg Drive
Centreville, VA 20121
(703) 222-3220

---

### HOW TO HELP YOUR RELATIVE DETAINED BY OR AT THE BEHEST OF THE U.S. GOVERNMENT

The law firm of Dechert LLP, working in conjunction with the charitable organization, *Justice In Exile*, is willing to provide free legal assistance to your relative detained by or at the behest of the United States Government. However, to do so, they need your authorization to act as "next friend" for your relative, because they cannot file litigation without authorization, and they cannot meet with prisoners to obtain personal authorizations from them.

You should fill in the attached authorization, adding (a) your name, (b) the prisoner's relationship to you (your father, mother, brother, sister, cousin, uncle, etc.), (c) the name of the prisoner whom you want to help, and (d) where you believe the prisoner is being detained (Guantanamo Bay, Bagram prison, or another detention center). What the authorization says in English is as follows:

Date: the __22__ day of __February__, 2005

### Authorization

My name is Hadaya Morafa. I am acting as next friend for my husband, whose name is Wali Mohammad, and who is being held at:

[MARK AN "X" BELOW WHERE THE PRISONER IS BEING DETAINED]
[_X_] Guantanamo Bay
[___] Bagram prison
[___] the detention center at _____
[___] another detention.

*05 1124*

## FILED

JUN - 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I authorize Dechert LLP, Clive Stafford-Smith, and *Justice In Exile*, and any person assigned by any of them, to act on my behalf and on my relative's behalf, obtain any documents and information concerning my relative that are necessary for his defense, and seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other available legal forum.

_____

Signature

*Witnessed By:*

_____

Signature of Witness

Name of Witness (printed): _____

This authorization will be delivered to:
Dechert LLP
Attn: Peter M. Ryan, Esq.
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Phone: 215.994.2449
Fax: 215.655.2449

If you would like to be kept up to date on your relative's situation, please provide us with an address at which we can contact you.

The Current State of Legal Proceedings
Lawyers for the prisoners won a major case before the U.S. Supreme Court in June 2004, which allowed all prisoners at Guantanamo Bay to petition for their release.
Some prisoners at Guantanamo Bay (but probably only a very small number, perhaps 20) will eventually be charged and provided *military* lawyers. To date, 15 prisoners at Guantanamo Bay have been designated for prosecution, but only four (an Australian, a Sudanese, and two Yemenis) have actually been charged. The U.S. Government currently intends to keep the rest without trial, until such time as the government chooses to release them. The lawyers, however, seek to force either a trial or release for everyone.

9356420.2.LITIGATION 6/1/2005 4:48 PM

Wali Mohamed

څرنگه کولای شی چه خپلو خپلوانو سره چی د امریکی
حکومت    لخوا یا د هغوی په امر باندی نیول شوی دئ،
مرسته وکړی

د دکرت وکالت خانه او "عدالت په جلای وطن کی" چه یو غیر انتفاعی موسسه ده، د پو
بل په مرسته غواړی هغو خلکو سره چه د هغوی خپلوان د امریکی حکومت لخوا او یا د
هغوی په امر باندی بندیان شویدی، مفته قانونی مرستې وکړی. لیکن ددغه کار د سرته
رسیدلو لپاره د تاسو همکاری ته ضرورت لری. تاسو باید د خپل خپلوانو د مو کل په
حیث دوی ته اجازه ورکړی چی دمتاسو خپلوان سره چی بندی دی وگوری او د هغوی
نه شخصاً اجازه واخلی چی د هغوی وکالت وکړی، ځکه چی بی له دغه اجازت تاسی نه
دغه موسسه نشی کولای چی بندیانو سره وگوری او د هغوی وکا لت وکړی.

تاسو باید دا لاندنی فورمه ډک کړی او په هغه کی دا لاندی معلومات موندنه راکړی:
(الف) خپل نوم  (ب)  د تاسو رشته له بندی سره مثلاً پلار، مور، ورور، خور، اکا او
وغیره (ب)  د هغه بندی نوم چی تاسو غواړی هغه سره مرسته وشی (ت)  د بندی خانی
نوم چی تاسو فکر کوی ستاسو بندی هلته قید دی مثلاً گوانتنامو بی، بگرام  او یا کوم بل
بندیخانه.

د دغه انگریزی اجازت نامه پښتو ترجمه دی په لاندی دول دی:

نیټه: د ـ ـ ـ ـ ـ ـ ـ میاشتی ـ ـ ـ ـ ـ ـ ـ ـ ـ ورخ ، 2005 کال

اجازت نامه

زما نوم ـ ـ ـ ـ هغایم ـ ـ ـ ـ ـ ـ ـ ـ ـ دی. زه د خپل خپلوان چی زما  ـ ـ ـ ـ حلاوینند
کیږی او نوم نومی ـ ـ ـ ـ تریحمدمایلـا ـ دی نمایندگی کوم.
هغه بندی خانه چی ستاسو بندی په هغه کی قید دی؟ د هغه د نوم تر څنگ یو چلیپا (✗)
وباسی.

(✗) گوانتنامو بی
(  ) بگرام بندی خانه
(  ) هغه بندی خانه چی په ـ ـ ـ ـ ـ ـ ـ ـ ـ ـ کیږدی
(  ) کومه بله بندی خانه

زه د دکرت وکالت خانه ، کلاینف ستانورد سمیت ، عدالت په جلای وطن موسسې او هر
چا نور چی د دوی لخوا مقرر کیږی ته دا صلاحیت ورکوم چی زما او زما د خپلوان له
پلوه څخه د هر دول ضروری اسناد او معلوماتو د راتول ولو په برخه کی چی د هغی د

دفاع لپاره حيني ګته واخيستل شي عمل وکړي. او سزه ده دی ته په امريکي محکمه او
نورو قانوني مراجعو کې زما د خپلوان لپاره د انصاف غوښتنه وکړي.

لاسليک ــــــــــــــــــــــــ

شاهد نوم ــــــــــــــــــــــ

د شاهد لاسليک ــــــــــــــ

دا اجازت نامه بايد په لاندي پته وليږل شي:
Dechert LLP
Attn: Peter M Ryan, Esq
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, Pa  19103
Phone: 215.994.2449
Fax: 215.655.2449

که تاسو غواړئ په آينده کي موږ د تاسو د خپلوان د قضيه په برخه کې معلومات درولېږو
نو لطفاً خپل پته موږ ته وليږئ.

د قانوني جرياناتو روانه حالت

بنديانو وکيلان د امريکي په عالي محکمي کي  د 2004 کال د جون په مياشتي کې هغه
قضيه ئي وګټل چي په هغه کې د ګوانتانمو بي بنديانو ته اجازت ورکول کيږي چي د خپل
آزادي لپاره محکمي ته عريضه وکړي . خو ئنه بنديان په ګوانتانامو بي کي چي شايد تعداد
ئي له شلو ته ډېر نه وي په بالاخره د دولت لخوامحکمه شي او هغوی ته به نظامي وکيلان
وټاکل شي.  تر اوسه پورې 15 بنديان د محکمي د پاره تيارشوي دي، مګر قط کنلور ته
ئی (يو آستراليائي يو سوداني او دوه يمني) باندي رسمي تور لګول شويدی.  د امريکي
حکومت خيال دا دی چي نور بنديان تر هغه وخته پورې چي د دوی خوښه وي هله
وساتي او بيا په خپل خوښه دوی آزاد کړي.  ليکن وکيلان غواړي چي بايد دغه بنديان
يامحکمه شي اويا بايد آزاد شي.

۲