IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *ET AL.*,<br>*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *ET AL.*,<br>*Respondents/Defendants.* | Case No.: 1:05CV01124<br><br>Judge: Rosemary M. Collyer<br><br>Deck Type: Habeas Corpus/2255 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Petitioners/Plaintiffs move for the admission *pro hac vice* of George G. Gordon, Daniel C. Malone, and Peter M. Ryan in the above-captioned case. Petitioners/Plaintiffs state as follows in support of this motion:

1. Mr. Gordon is a member in good standing of the bars in the Commonwealth of Pennsylvania, State of New Jersey, United States Supreme Court, United States Circuit Court of Appeals for the Third Circuit, and United States Court for the Eastern District of Pennsylvania. Mr. Gordon has never been disciplined by any bar.

2. Mr. Malone is a member in good standing of the bars of the State of New York, the United States District Courts for the Districts of Wisconsin and Minnesota, and the United States District Courts for the Southern and Eastern Districts of New York. Mr. Malone has never been disciplined by any bar.

3. Mr. Ryan is a member of the bars of the Commonwealth of Pennsylvania, State of New York, the United States District Court for the Eastern District of Pennsylvania, the United

States Court of Appeals for the Federal Circuit, and the United Sates Supreme Court. Mr. Ryan has never been disciplined by any bar.

    4.    A motion for the admission of Messrs. Gordon, Malone, and Ryan is pending before this Court in *Zaeef, et al. v. Bush, et al.,* Case No. 1:05CV00660.

    5.    The undersigned is a member in good standing of the bar of this Court.

Respectfully submitted,

Dated: June 13, 2005

DECHERT, LLP
*Counsel for Petitioners/Plaintiffs*

By: /s/ R. Michael Smith
R. Michael Smith
D.C. Bar No. 372654
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300

Daniel C. Malone
DECHERT, LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500

George C. Gordon
Peter M. Ryan
DECHERT, LLP
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000

## CERTIFICATE OF SERVICE

I certify that, on June 13, 2005, I caused to be served a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* and the Declarations of George G. Gordon, Daniel C. Malone, and Peter M. Ryan by first class mail, postage prepaid on the following persons:

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General of the United Sates
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street and Constitution Avenue, N.W.
Room 5111
Washington, D.C. 20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20301-1000

Donald Rumsfeld
Secretary, United States Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Army Brig. Gen. Jay Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Army Col. Brice Gyurisko
Commander, Joint Detention Operations Group
JTF-GTMO
APO AE 09360

Terry M. Henry
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Justice
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

*[signature]*

9650822.1.LITIGATION 6/13/2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *ET AL.*, <br> *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, *ET AL.*, <br> *Respondents/Defendants.* | Case No.: 1:05CV01124 <br><br> Judge: Rosemary M. Collyer <br><br> Deck Type: Habeas Corpus/2255 |

## ORDER

The Court, having considered the motion of Petitioners/Plaintiffs for the admission *pro hac vice* of George G. Gordon, Daniel C. Malone, and Peter M. Ryan in the above-captioned case, ORDERS that the motion is GRANTED.

Date: _____, 2005      _____
                                                            JUDGE

9652035
9652035.1.LITIGATION 6/13/2005 3:05 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*,<br>*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>*Respondents/Defendants*. | Case No. 1:05CV01124<br><br>Judge: Rosemary M. Collyer<br><br>Deck Type: Habeas Corpus/2255 |

## DECLARATION OF GEORGE G. GORDON

I, George G. Gordon, declare as follows:

1. I am a member in good standing of the bars of the Commonwealth of Pennsylvania, State of New Jersey, United States Supreme Court, United States Circuit Court of Appeals for the Third Circuit, and the United States District Court for the Eastern District of Pennsylvania.

2. I have never been disciplined by any bar.

3. I have not previously been admitted *pro hac vice* in this Court. A motion for my admission *pro hac vice* in the case of *Zaeef v. Bush, et al*, No. 05-CV-660 (RMC), is pending.

4. My office address is Dechert, LLP, 4000 Bell Atlantic Tower, 1717 Arch Street, Philadelphia, PA 19103-2793.

5. My office telephone number is (215) 994-2382.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2005.

GEORGE G. GORDON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, <br> *Petitioners/Plaintiffs*, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> *Respondents/Defendants.* | Case No. 1:05CV01124 <br><br> Judge: Rosemary M. Collyer <br><br> Deck Type: Habeas Corpus/2255 |

## DECLARATION OF PETER M. RYAN

I, Peter M. Ryan, declare as follows:

1. I am a member in good standing of the bars of the Commonwealth of Pennsylvania, State of New York, United States District Court for the Eastern District of Pennsylvania, United States Court of Appeals for the Federal Circuit, and United States Supreme Court.

2. I have never been disciplined by any bar.

3. I have not previously been admitted *pro hac vice* in this Court. A motion for my admission *pro hac vice* in the case of *Zaeef v. Bush, et al*, No. 05-CV-660 (RMC), is pending.

4. My office address is Dechert, LLP, 4000 Bell Atlantic Tower, 1717 Arch Street, Philadelphia, PA 19103-2793.

5. My office telephone number is (215) 994-2449.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2005.

PETER M. RYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL SALAM ZAEEF, *ET AL.*, <br> *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, *ET AL.*, <br> *Respondents/Defendants.* | Case No. 1: 05CV00660 <br><br> Judge: Colleen Kollar-Kotelly <br><br> Deck Type: Habeas Corpus/2255 <br><br> Date Stamp: |

### DECLARATION OF DANIEL C. MALONE

I, Daniel C. Malone, declare as follows:

1. I am a member in good standing of the bars of the State of New York, United States District Courts for the Districts of Wisconsin and Minnesota, and United States District Courts for the Southern and Eastern Districts of New York.

2. I have never been disciplined by any bar.

3. I have not previously been admitted *pro hac vice* in this Court.

4. My office address is Dechert LLP, 30 Rockefeller Plaza, New York, NY 10112.

5. My office telephone number is (212) 698-3861.

6. I declare under the penalty of perjury that foregoing is true and correct. Executed on April 5, 2005.

_____
DANIEL C. MALONE