## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALI SHAH MOUSOVI, et al., | : | |
| | : | |
| *Petitioners/Plaintiffs,* | : | Case No. 1:05-CV-01124 (RMC) |
| | : | |
| v. | : | |
| | : | |
| GEORGE W. BUSH, et al., | : | |
| | : | |
| *Respondents/Defendants.* | : | |
| | : | |

## UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioners Ali Shah Mousovi, Izaatullah Nusrat, Haji Nusrat, Haji Rohullah

Wakil, Sabar Lal, Wali Mohammed Morafa, Abdul Rahman Aziz Khan, Abd-Al-Rahman, and

Abdul Razak Iktiar Mohammed, all citizens of Afghanistan acting on their own behalf and/or

through Next Friends, respectfully move the Court to enter in this case the following orders

entered in the *In re Guantanamo Bay Detainee Cases* by then-Coordinating Judge Joyce Hens

Green: (1) the November 8, 2004 Amended Protective Order and Procedures for Counsel

Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, 344 F. Supp. 2d

174 (D.D.C. 2004) (the "Protective Order"); (2) the November 10, 2004 Order Addressing

Designation Procedures for "Protected Information"; and (3) the December 13, 2004 Order

Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended

Protective Order. *See* attached Exhs. 1-3.

Entry of the Protective Order would allow undersigned counsel to send legal mail

to Petitioners and to visit them at Guantanamo Bay, upon compliance with the terms and

procedures outlined in the Protective Order.

Pursuant to Local Civil Rule 7(m), counsel for the Petitioners conferred with

Respondents' counsel regarding the relief sought in this motion.  Subject to a reservation of

Respondents' right to challenge any particular terms of the Protective Order in the future as

appropriate, Respondents' counsel does not oppose this motion.

Dated:  July 8, 2005                    Respectfully submitted,

                                        DECHERT LLP
                                        *Counsel for Petitioners*


                                        By:  _____
                                        R. Michael Smith
                                        D.C. Bar No. 372654
                                        1775 Eye Street, N.W.
                                        Washington, D.C.  20006
                                        202.261.3300

Daniel C. Malone                        George G. Gordon
DECHERT LLP                             Peter M. Ryan
30 Rockefeller Plaza                    DECHERT LLP
New York, NY  10112                     1717 Arch Street
212.698.3500                            Philadelphia, PA  19103-2793
                                        215.994.4000

## CERTIFICATE OF SERVICE

I, R. Michael Smith, hereby certify that on July 8, 2005, I caused to be served via

email true and correct copies of (1) the foregoing Unopposed Motion for Entry of Protective

Order ; and (2) a proposed order, on the following counsel of record for Respondents:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C.  20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

R. Michael Smith

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ALI SHAH MOUSOVI, et al.,** | : | |
| | : | **Case No. 1:05-CV-01124 (RMC)** |
| *Petitioners/Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **GEORGE W. BUSH, et al.,** | : | |
| | : | |
| *Respondents/Defendants.* | : | |
| | : | |

## ORDER

Upon consideration of Petitioner's Unopposed Motion for Entry of Protective Order, it is hereby

**ORDERED** that the following orders entered in the *In re Guantanamo Bay Detainee Cases* shall apply in this case: (1) the November 8, 2004 Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the November 10, 2004 Order Addressing Designation Procedures for "Protected Information"; and (3) the December 13, Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order.

Date: _____, 2005

_____
ROSEMARY M. COLLYER
United States District Judge

<u>Attorneys to be noticed:</u>

R. Michael Smith
D.C. Bar No. 372654
Michael.Smith@dechert.com
DECHERT LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
(202) 261-3300

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338