IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al., <br><br> *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> *Respondents/Defendants.* | Case No. 1:05-CV-01124 (RMC) <br><br> **ORAL ARGUMENT REQUESTED** |

**MOTION FOR THE IMMEDIATE ISSUANCE OF A WRIT OF HABEAS CORPUS OR ORDER TO SHOW CAUSE UNDER 28 U.S.C. § 2243**

Petitioners Ali Shah Mousovi, Izaatullah Nusrat, Haji Nusrat, Haji Rohullah Wakil, Sabar Lal, Wali Mohammed Morafa, Abdul Rahman Aziz Khan, Abd-Al-Rahman, and Abdul Razak Iktiar Mohammed, all citizens of Afghanistan acting on their own behalf and/or through Next Friends, respectfully submit this motion requesting that the Court issue forthwith a writ of *habeas corpus* or order to show cause why the writ should not be granted, returnable by Respondents in three (3) days under 28 U.S.C. § 2243. The grounds in support of this motion are contained in the accompanying memorandum of points and authorities.

Pursuant to LCvR 7(m), counsel for Petitioners conferred by telephone with counsel for Respondents regarding the relief requested in this motion and was informed that Respondents would not agree to certify the true cause of the Petitioners detention under § 2243.

Dated: July 8, 2005

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

By: _____
R. Michael Smith
D.C. Bar No. 372654
1775 Eye Street, N.W.
Washington, D.C. 20006
202.261.3300

Daniel C. Malone
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
212.698.3500

George G. Gordon
Peter M. Ryan
DECHERT LLP
1717 Arch Street
Philadelphia, PA 19103-2793
215.994.4000

## CERTIFICATE OF SERVICE

I, R. Michael Smith, hereby certify that on July 8, 2005, I caused to be served via email true and correct copies of the foregoing (1) Motion for the Immediate Issuance of a Writ of Habeas Corpus or Order to Show Cause Under 28 U.S.C. § 2243; (2) Memorandum of Points and Authorities in support thereof; and (3) Declaration of R. Michael Smith in support thereof, on counsel of record for Respondents:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_____
R. Michael Smith