IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI SHAH MOUSOVI, et al., *Petitioners/Plaintiffs*, v. GEORGE W. BUSH, et al., *Respondents/Defendants*. | Case No. 1:05-CV-01124 (RMC) |

### DECLARATION OF R. MICHAEL SMITH IN SUPPORT OF PETITIONERS' MOTION FOR IMMEDIATE ISSUANCE OF A WRIT OF HABEAS CORPUS OR ORDER TO SHOW CAUSE UNDER 28 U.S.C. § 2243

I, R. Michael Smith, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I Street, N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the States of Maryland, New York, Virginia and Pennsylvania. Dechert LLP represents Petitioners Ali Shah Mousovi, Izaatullah Nusrat, Haji Nusrat, Haji Rohullah Wakil, Sabar Lal, Wali Mohammed Morafa, Abdul Rahman Aziz Khan, Abd-Al-Rahman, and Abdul Razak Iktiar Mohammed, in the above-captioned action. I make this declaration in support of Petitioners' Motion for Immediate Issuance of a Writ of Habeas Corpus or Order to Show Cause Under 28 U.S.C. § 2243.

2. Attached hereto as Exhibit A is a true and correct copy of an Order to Show Cause issued in *El-Banna v. Bush*, No. 04-CV-1144 (RWR) (Order dated July 23, 2004).

3. Attached hereto as Exhibit B is a true and correct copy of an Order to Show Cause issued in *Abdah v. Bush*, No. 04-CV-1254 (HHK) (Order dated Aug. 6, 2004).

4. Attached hereto as Exhibit C is a true and correct copy of an Order to Show Cause issued in *El-Mashad v. Bush*, No. 05-CV-270 (JR) (Order dated Apr. 7, 2005).

5. Attached hereto as Exhibit D is a true and correct copy of an Order to Show Cause issued in *Al Joudi v. Bush*, No. 05-CV-301 (GK) (Order dated Mar. 7, 2005).

6. Attached hereto as Exhibit E is a true and correct copy of an Order to Show Cause issued in *Ameziane v. Bush*, No. 05-CV-392 (ESH) (Order dated Mar. 10, 2005).

7. Attached hereto as Exhibit F is a true and correct copy of an Order to Show Cause issued in *Batarfi v. Bush*, No. 05-CV-409 (EGS) (Order dated Mar. 9, 2005).

8. Attached hereto as Exhibit G is a true and correct copy of an Order to Show Cause issued in *Al-Oshan v. Bush*, No. 05-CV-520 (RMU) (Order dated Mar. 22, 2005).

9. Attached hereto as Exhibit H is a true and correct copy of an Order Setting Final Deadline for Submission of Factual Returns issued by Coordinating Judge Joyce Hens Green in *In re Guantanamo Detainee Cases*, Nos. 02-CV-299 (CKK), *et al.* (Order dated Oct. 29, 2004).

10. Attached hereto as Exhibit I is a true and correct copy of an Order to Show Cause issued in *Tumani v. Bush*, No. 05-CV-526 (RMU) (Order dated Apr. 19, 2005).

11. Attached hereto as Exhibit J is a true and correct copy of a government document released under a court order entered in litigation brought under the Freedom of Information Act. *See American Civil Liberties Union v. Department of Defense*, No. 04-CV-4151 (AKH) (S.D.N.Y.).

12. Attached hereto as Exhibit K is a true and correct copy of an article written by Carol D. Leonnig and Dana Priest entitled *Detainees Accuse Female Interrogators:*

*Pentagon Inquiry Is Said to Confirm Muslims' Accounts of Sexual Tactics at Guantanamo*, and published by The Washington Post on February 10, 2005, at page A1.

13. Attached hereto as Exhibits L through S are true and correct copies of government documents released under a court order entered in litigation brought under the Freedom of Information Act. *See American Civil Liberties Union v. Department of Defense*, No. 04-CV-4151 (AKH) (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on July 8, 2005.

*[signature]*
R. MICHAEL SMITH