IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al., | Case No. 1:05-CV-01124 (RMC) |
| *Petitioners/Plaintiffs*, | ORAL ARGUMENT REQUESTED |
| v. | |
| GEORGE W. BUSH, et al., | |
| *Respondents/Defendants*. | |

## MOTION FOR PRELIMINARY INJUNCTION DIRECTING RESPONDENTS TO PROVIDE THE COURT AND PETITIONERS' COUNSEL WITH THIRTY DAYS' ADVANCE NOTICE OF ANY INTENDED TRANSFER FROM GUANTANAMO FOR PURPOSES OTHER THAN RELEASE

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, LCvR 65.1, and the All Writs Act, 28 U.S.C. § 1651(a), Petitioners Ali Shah Mousovi, Izaatullah Nusrat, Haji Nusrat, Haji Rohullah Wakil, Sabar Lal, Wali Mohammed Morafa, Abdul Rahman Aziz Khan, Abd-Al-Rahman, and Abdul Razak Iktiar Mohammed, acting on their own behalf and/or through their Next Friends, respectfully submit this motion requesting that the Court enter an order preliminarily enjoining Respondents from removing Petitioners from the Guantanamo Bay Naval Base for any purpose other than release, unless the Court and counsel for Petitioners receive thirty (30) days' advance notice of such removal.

The grounds in support of this motion are contained in the accompanying memorandum of points and authorities.

Pursuant to LCvR 7(m), counsel for Petitioners conferred by telephone with counsel for Respondents regarding the relief requested in this motion and was informed that Respondents would not agree to provide the requested advance notice of any non-release transfer.

WHEREFORE, Petitioners respectfully request that the Court enter an order preliminarily enjoining Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of the Court's order by personal service or otherwise, from removing Petitioners from the Guantanamo Bay Naval Base for any purpose other than release, unless the Court and counsel for Petitioners receive thirty (30) days' advance notice of such removal.

Dated: July 8, 2005

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

By: _____
R. Michael Smith
D.C. Bar No. 372654
1775 Eye Street, N.W.
Washington, D.C. 20006
202.261.3300

Daniel C. Malone
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
212.698.3500

George G. Gordon
Peter M. Ryan
DECHERT LLP
1717 Arch Street
Philadelphia, PA 19103-2793
215.994.4000

## **CERTIFICATE OF SERVICE**

I, R. Michael Smith, hereby certify that on July 8, 2005, I caused to be served via email true and correct copies of (1) the foregoing Motion for Preliminary Injunction Directing Respondents to Provide the Court and Petitioners' Counsel with Thirty Days' Advance Notice of Any Intended Transfer from Guantanamo for Purposes Other Than Release; (2) the Memorandum of Points and Authorities in support thereof; and (3) the Declaration of R. Michael Smith in support thereof, on the following counsel of record for Respondents:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C.  20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

_____
R. Michael Smith