IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al., | :  Case No. 1:05-CV-01124 (RMC) |
| *Petitioners/Plaintiffs*, | : |
| v. | : |
| GEORGE W. BUSH, et al., | : |
| *Respondents/Defendants*. | : |

**DECLARATION OF R. MICHAEL SMITH IN SUPPORT OF PETITIONERS'
MOTION FOR PRELIMINARY INJUNCTION DIRECTING RESPONDENTS
TO PROVIDE THE COURT AND PETITIONERS' COUNSEL WITH THIRTY
DAYS' ADVANCE NOTICE OF ANY INTENDED TRANSFER FROM
GUANTANAMO FOR PURPOSES OTHER THAN RELEASE**

I, R. Michael Smith, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I Street, N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the States of Maryland, New York, Virginia and Pennsylvania. Dechert LLP represents Petitioners Ali Shah Mousovi, Izaatullah Nusrat, Haji Nusrat, Haji Rohullah Wakil, Sabar Lal, Wali Mohammed Morafa, Abdul Rahman Aziz Khan, Abd-Al-Rahman, and Abdul Razak Iktiar Mohammed, in the above-captioned action. I make this declaration in support of Petitioners' Motion for Preliminary Injunction Directing Respondents to Provide the Court and Petitioners' Counsel with Thirty Days' Advance Notice of Any Intended Transfer from Guantanamo for Purposes Other Than Release.

2. On July 7, 2005, counsel for Petitioners contacted counsel for Respondents by telephone to seek assurances that Respondents would provide thirty days'

advance notice to the Court and counsel of any intended transfer of Petitioners from Guantanamo for purposes other than release. Respondents refused to provide any such assurances and indicated that they will oppose any motion seeking such relief.

    3.    Attached hereto as Exhibit A is a true and correct copy of an article written by Douglas Jehl and published in The New York Times on March 11, 2005, entitled *Pentagon Seeks to Transfer More Detainees from Base in Cuba*.

    4.    Attached hereto as Exhibit B is a true and correct copy of an April 26, 2005 News Release from the U.S. Department of Defense.

    5.    Attached hereto as Exhibit C is a true and correct copy of an article written by Dana Priest and published in The Washington Post on January 2, 2005, entitled *Long-Term Plan Sought for Terror Suspects*.

    6.    Attached hereto as Exhibit D is a true and correct copy of an article written by Douglas Jehl and published in The New York Times on March 12, 2005, entitled *Army Details Scale of Abuse in Afghan Jail*.

    7.    Attached hereto as Exhibit E is a true and correct copy of an article written by Tim Golden and published in The New York Times on May 20, 2005, entitled *In U.S. Report, Brutal Details of 2 Afghan Inmates' Deaths*.

    8.    Attached hereto as Exhibit F is a true and correct copy of an article written by Carlotta Gall and published in The New York Times on May 12, 2005, entitled *Afghan Gives Own Account of U.S. Abuse*.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on July 8, 2005.

_____
R. MICHAEL SMITH