IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-1124 (RMC) |

**(PROPOSED) ORDER**

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination, the oppositions filed thereto, and any reply, as well as the entire record in this case, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that the above-captioned case is stayed pending resolution of all appeals in Khalid v. Bush, Boumediene v. Bush, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and In re Guantanamo Detainee Cases, No. 02-CV-0299, et al., 355 F. Supp. 2d 443 (D.D.C. 2005), appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir. Mar. 10, 2005). It is

FURTHER ORDERED that petitioners' motion for the immediate issuance of a writ of habeas corpus or order to show cause under 28 U.S.C. § 2243 is denied.

IT IS SO ORDERED.

DATED: _____           _____
                                                                               United States District Judge