IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al., | |
| *Petitioners/Plaintiffs*, | Case No. 1:05-CV-01124 (RMC) |
| v. | |
| GEORGE W. BUSH, et al., | |
| *Respondents/Defendants*. | |

## ORDER

Upon consideration of Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination, Petitioners' Memorandum of Points and Authorities in opposition thereto, and any reply brief, it is hereby

**ORDERED** that Respondents' motion is **DENIED**.

**SO ORDERED** this _____ day of _____, 2005.


_____
ROSEMARY M. COLLYER
United States District Judge

- 2 -

Attorneys to be noticed:

R. Michael Smith
D.C. Bar No. 372654
Michael.Smith@dechert.com
DECHERT LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
(202) 261-3300

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338