IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI SHAH MOUSOVI, *ET AL.*,<br>*Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH, *ET AL.*,<br>*Respondents/Defendants.* | Case No.: 1:05-CV-01124 (RMC) |

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)     I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Ali Shah Mousovi, et al., v. George W. Bush, No. 1:05-CV-01124 (RMC).

(2)   I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)   I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned Ali Shah Mousovi, et al., v. George W. Bush, No. 1:05-CV-01124 (RMC), and I agree to comply with the provisions thereof.

_____          _7/22/05_____
R. Michael Smith                                       Date
D.C. Bar No. 372654
DECHERT, LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300

## CERTIFICATE OF SERVICE

I certify that, on July 22, 2005, I caused to be served a true and correct copy of the foregoing Memorandum of Understanding Regarding Access to Classified National Security Information by first class mail, postage prepaid on the following persons:

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General of the United Sates
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street and Constitution Avenue, N.W.
Room 5111
Washington, D.C. 20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20301-1000

Donald Rumsfeld
Secretary, United States Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Army Brig. Gen. Jay Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Army Col. Brice Gyurisko
Commander, Joint Detention Operations Group
JTF-GTMO
APO AE 09360

Terry M. Henry
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Justice
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_____
R. Michael Smith