IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *ET AL.*,<br>*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *ET AL.*,<br>*Respondents/Defendants*. | Case No.: 1:05-CV-01124 (RMC) |

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Ali Shah Mousovi, et al., v. George W. Bush, No. 1:05-CV-01124 (RMC), and understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

_____            _____7/22/5_____
R. Michael Smith                                                  Date
Attorney for Petitioners/Plaintiffs
D.C. Bar No. 372654
DECHERT, LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300

## CERTIFICATE OF SERVICE

I certify that, on July 22, 2005, I caused to be served a true and correct copy of the foregoing Acknowledgment by first class mail, postage prepaid on the following persons:

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

Alberto R. Gonzales
Attorney General of the United Sates
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street and Constitution Avenue, N.W.
Room 5111
Washington, D.C. 20530

George W. Bush
President of the United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20301-1000

Donald Rumsfeld
Secretary, United States Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Army Brig. Gen. Jay Hood
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

Army Col. Brice Gyurisko
Commander, Joint Detention Operations Group
JTF-GTMO
APO AE 09360

Terry M. Henry
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Justice
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

R. Michael Smith