IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJI NASRAT,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-0880 (ESH) |
| ALI SHAH MOUSOVI, *et al.*,<br><br>    Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-1124 (RMC) |

**NOTICE OF MULTIPLE PETITIONS FILED BY
GUANTANAMO BAY DETAINEE**

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 1009 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 1009 has filed petitions as Haji Nasrat in Nasrat v. Bush, No. 05-CV-0880 (ESH), and as Haji Nusrat in Mousovi v. Bush, No. 05-CV-1124 (RMC).

Dated: July 29, 2005      Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2000

Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2005, I caused a copy of the foregoing Notice of Multiple Petitions Filed by Guantanamo Bay Detainee to be served via U.S. Mail, First Class postage prepaid, on Guantanamo Bay Detainee ISN 1009 at the following address:

>   Camp Delta; Guantanamo Bay
>   Washington, D.C. 20355

>   /s/ Preeya M. Noronha
>   PREEYA M. NORONHA
>   United States Department of Justice
>   Civil Division, Federal Programs Branch
>
>   One of the Attorneys for Respondents