IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *ET AL.*, <br> *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, *ET AL.*, <br> *Respondents/Defendants.* | Case No.: 1:05-cv-01124 (RMC) |

## STIPULATION AND ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE OF PETITIONS OF PETITIONERS/PLAINTIFFS, ABD-AL-RAHMAN AND ABDUL RAHMAN AZIZ KHAN

Petitioners/Plaintiffs, Abd-al-Rahman and Abdul Rahman Aziz Khan, and Respondents/Defendants stipulate and request that the Court enter an order dismissing without prejudice the Petitions filed by Petitioners/Plaintiffs, Adb-al-Rahman and Abdul Rahman Aziz Khan. The Petitions filed by the other Petitioners/Plaintiffs in this action shall not be affected by this Stipulation.

Respectfully submitted,

/s/ R. Michael Smith
R. Michael Smith
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3307
Attorneys for Petitioners/Plaintiffs

*/s/ Terry M. Henry /rg*
Terry M. Henry
Preeya M. Noronha
Andrew I. Warden
United States Department of Justice
Civil Division–Federal Programs Branch
20 Massachusetts Avenue, NW, Room 7212
Washington, D.C. 20530
Attorneys for Respondents/Defendants


So Ordered on _____, 2005.


_____
U.S. District Court Judge

10245477.1.LITIGATION