IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1124 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

**<u>(PROPOSED) ORDER</u>**

Having considered Respondents' Motion to Strike Petitioners Chaman Gul Khialigol and Honorgol Khialigol from Amended Petition for Writs of Habeas Corpus, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that Respondents' Motion is GRANTED.  Petitioners Chaman Gul Khialigol and Honorgol Khialigol are hereby stricken from the Amended Petition for Writs of Habeas Corpus in this action.

IT IS SO ORDERED.

DATED: _____        _____
                                                                  United States District Judge