IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al., | : |
| *Petitioners/Plaintiffs,* | : |
| v. | : Case No. 1:05-CV-1124 (RMC) |
| GEORGE W. BUSH, et al., | : |
| *Respondents/Defendants.* | : |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS
TO CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.*; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Mousovi, et al. v. Bush, et al.*, No. 05-CV-1124 (RMC).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Mousovi, et al. v. Bush, et al.*, No. 05-CV-1124 (RMC), and I agree to comply with the provisions thereof.

_____  Dated: December 19, 2005
Peter M. Ryan
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2449
Fax: (215) 655-2449

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

        I, Peter M. Ryan, hereby certify that on December 19, 2005, I caused to be served via email a true and correct copy of the foregoing Memorandum of Understanding Regarding Access to Classified National Security Information, on counsel of record for Respondents as follows:

    Preeya M. Noronha
    Preeya.Noronha@usdoj.gov
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7226
    Washington, D.C. 20530
    (202) 514-3338

    Terry M. Henry
    Terry.Henry@usdoj.gov
    Senior Trial Attorney
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7144
    Washington, D.C. 20530

    Andrew I. Warden
    Andrew.Warden@usdoj.gov
    Trial Attorney
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7144
    Washington, D.C. 20530

                                                        _____
                                                           Peter M. Ryan