IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-1124 (RMC) |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents/Defendants*. | : |

**UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED
PETITION FOR WRITS OF HABEAS CORPUS AND COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Petitioners hereby seek leave to file a Second Amended Petition for Writs of Habeas Corpus and Complaint for Declaratory and Injunctive Relief in the above-captioned matter. The Second Amended Petition, a true and correct copy of which is attached hereto as Exhibit A, removes petitioners Chaman Gul Khialigol and Next Friend Honorgol Khialigol ("the Khialigol petitioners"), both of whom are named petitioners in another habeas corpus case pending in this Court, *Zadran, et al. v. Bush, et al.*, No. 05-CV-2367 (RWR).

Counsel for Petitioners conferred by telephone with counsel for Respondents pursuant to LCvR 7(m) and was informed that Respondents do not oppose the filing of the Second Amended Petition. Counsel for Respondents also agree that the filing of the Second Amended Petition moots Respondents' November 14, 2005 motion to strike the Khialigol petitioners from the Amended Petition (Docket Item 24).

- 2 -

WHEREFORE, Petitioners respectfully request that the Court grant Petitioners leave to file the attached Second Amended Petition for Writs of Habeas Corpus and Complaint for Declaratory and Injunctive Relief. A proposed order accompanies this motion.

Dated: December 21, 2005

Respectfully submitted,

DECHERT LLP
Counsel for Petitioners

By: _____
George G. Gordon
Peter M. Ryan
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215.994.4000

Daniel C. Malone
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
212.698.3500

R. Michael Smith
DECHERT LLP
D.C. Bar No. 372654
1775 Eye Street, N.W.
Washington, D.C. 20006
202.261.3300

## CERTIFICATE OF SERVICE

I, Peter M. Ryan, hereby certify that on December 21, 2005, I caused to be served via email true and correct copies of the foregoing (1) Unopposed Motion for Leave to File a Second Amended Petition for Writs of Habeas Corpus and Complaint for Declaratory and Injunctive Relief; and (2) proposed Order, on the following counsel of record for Respondents:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C.  20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

_____
Peter M. Ryan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, : <br> : <br> *Petitioners/Plaintiffs*, : <br> : <br> v. : <br> : <br> GEORGE W. BUSH, *et al.*, : <br> : <br> *Respondents/Defendants*. : | Case No. 1:05-CV-1124 (RMC) |

## ORDER

Upon consideration of Petitioner's Unopposed Motion for Leave to File a Second Amended Petition for Writs of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, it is hereby

**ORDERED** that Petitioners are hereby **GRANTED** leave to file the Second Amended Petition for Writs of Habeas Corpus and Complaint for Declaratory and Injunctive Relief that is attached as Exhibit A to Petitioners' motion.

The Clerk of Court is hereby directed to file the Second Amended Petition as of the date of this Order.

It is further **ORDERED** that Respondents' Motion to Strike Petitioners Chaman Gul Khialigol and Honorgol Khialigol from Amended Petitions for Writs of Habeas Corpus (Docket Item 24) is hereby **DENIED** as moot.

Date: _____, 2005

_____
ROSEMARY M. COLLYER
United States District Judge

- 2 -

<u>Attorneys to be noticed:</u>

Peter M. Ryan
Peter.Ryan@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215.994.4000

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
202.514.3338