IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-1124 (RMC) |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents/Defendants*. | : |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PETITIONERS'
MOTION FOR ISSUANCE OF A WRIT OF HABEAS CORPUS OR ORDER
TO SHOW CAUSE UNDER 28 U.S.C. § 2243**

On June 7, 2005, Petitioners Ali Shah Mousovi, Izaatullah Nusrat, Haji Nusrat, Haji Rohullah Wakil, Sabar Lal, Wali Mohammed Morafa, and Abdul Razak Iktiar Mohammed, all Afghan citizens detained at the Guantanamo Bay Naval Base in Cuba, filed a Petition for Writs of Habeas Corpus and Complaint for Declaratory and Injunctive Relief.[1] On July 8, 2005, Petitioners filed a Motion for Immediate Issuance of a Writ of Habeas Corpus or Order to Show Cause Under 28 U.S.C. § 2243, along with a Memorandum of Points and Authorities in support thereof.

On November 4, 2005, in *Sadkhan v. Bush, et al.*, No. 05-CV-1487 (RMC), another Guantanamo detainee case filed on July 28, 2005, this Court ordered Respondents to

---

[1] The original June 7, 2005 Petition also named as Detained Petitioners Abd-Al-Rahman and Abdul Rahman Aziz Khan. On November 29, 2005, by consent of all parties, the Court dismissed these petitioners without prejudice. On October 26, 2005, Petitioners filed an Amended Petition adding Chaman Gul Khialigol and Honorgol Khialigol as Petitioners. Today, Petitioners filed an Unopposed Motion for Leave to File a Second Amended Petition for Writs of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (*see* Docket Item 28). The Second Amended Petition removes Chaman Gul Khialigol and Honorgol Khialigol as petitioners because they are named petitioners in another case, *see Zadran, et al. v. Bush, et al.*, No. 05-CV-2367 (RWR).

submit a factual return supporting Mr. Sadkhan's detention by January 3, 2006. A copy of this Order is attached hereto as Exhibit A.

Because Petitioners' July 8, 2005 Motion for Immediate Issuance of a Writ of Habeas Corpus or Order to Show Cause Under 28 U.S.C. § 2243 seeks identical relief – the production of factual returns supporting Petitioners' detentions – Petitioners respectfully submit the November 4, 2005 Order in *Sadkhan v. Bush* as supplemental authority in support of their pending motion for an order to show cause.

Dated: December 21, 2005

Respectfully submitted,

DECHERT LLP
Counsel for Petitioners

By: _____
George G. Gordon
Peter M. Ryan
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215.994.4000

Daniel C. Malone
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
212.698.3500

R. Michael Smith
DECHERT LLP
D.C. Bar No. 372654
1775 Eye Street, N.W.
Washington, D.C. 20006
202.261.3300

**CERTIFICATE OF SERVICE**

        I, Peter M. Ryan, hereby certify that on December 21, 2005, I caused to be served via email a true and correct copy of the foregoing Notice of Supplemental Authority in Support of Petitioners' Motion for Issuance of a Writ of Habeas Corpus or Order to Show Cause Under 28 U.S.C. § 2243 on the following counsel of record for Respondents:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_/s/ Peter M. Ryan_
Peter M. Ryan