# EXHIBIT A

**November 4, 2005 Order in *Sadkhan v. Bush, et al.*, No. 05-CV-1487 (RMC)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAWAD JABBAR SADKHAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1487 (RMC) |
| | ) | |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Petitioner Jawad Jabbar Sadkhan, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, filed a *pro se* petition for a writ of habeas corpus on July 28, 2005. He amended that petition, through privately retained counsel, on October 17, 2005. Now before the Court are Respondents' Motion to Stay Proceedings Pending Related Appeals and for Coordination, Respondents' Amended Motion to Stay Proceedings Pending Related Appeals, and Mr. Sadkhan's oppositions thereto. Upon consideration of the parties' motions, oppositions, and the entire record of this case, it is hereby

**ORDERED** that Respondents' Motion to Stay Proceedings Pending Related Appeals and for Coordination [Dkt. #2] is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that Respondents' Amended Motion to Stay Proceedings Pending Related Appeals [Dkt. #9] is **GRANTED IN PART**; and it is

**FURTHER ORDERED** that this action is **STAYED** pending the resolution of all appeals in the *In re Guantanamo Bay Detainee Cases*, 355 F. Supp. 2d 443 (D.D.C. 2005), and

*Khalid v. Bush*, 355 F. Supp. 2d 311 (D.D.C. 2005); and it is

**FURTHER ORDERED** that the following Orders, first entered in the *In re Guantanamo Bay Detainee Cases*, shall apply in this case: (1) the Amended Protective Order and Procedures for Counsel Access to Detainees, first issued on November 8, 2004; (2) the Order Supplementing and Amending Filing Procedures Contained in the November 8, 2004, Amended Protective Order, first issued on December 13, 2004; and (3) the Order Addressing Designation Procedures for Protected Information, first issued on November 10, 2004; and it is

**FURTHER ORDERED** that, no later than January 3, 2006, Respondents shall submit a factual return supporting Mr. Sadkhan's detention. If necessary or appropriate, the factual return may be filed under seal; and it is

**FURTHER ORDERED** that, because of the Court's familiarity with the record and the issues presented by the instant motions, a hearing would not assist the Court in making its determinations and Mr. Sadkhan's request for oral argument is **DENIED**.

**SO ORDERED.**

Date: November 4, 2005                           /s/
                                                 ROSEMARY M. COLLYER
                                                 United States District Judge