IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

JAN 2 5 2006

P. M. R.

| | | |
|---|---|---|
| ALI SHAH MOUSOVI, et al., | : | |
| | : | |
| *Petitioners/Plaintiffs,* | : | |
| | : | Case No. 1:05-CV-1124 (RMC) |
| v. | : | |
| | : | |
| GEORGE W. BUSH, et al., | : | |
| | : | |
| *Respondents/Defendants.* | : | |
| | : | |

## <u>ACKNOWLEDGMENT</u>

The undersigned hereby acknowledges that she has read the Protective Order

entered in the United States District Court for the District of Colombia in the case captioned

*Mousovi, et al. v. Bush, et al.*, No. 05-CV-1124 (RMC), understands its terms, and agrees to be

bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to

use or disclose any protected information or documents made available to her other than as

provided by the Protective Order. The undersigned acknowledges that her duties under the

Protective Order shall survive the termination of this case and are permanently binding, and that

failure to comply with the terms of the Protective Order may result in the imposition of sanctions

by the Court.

Dated: January 23, 2006

Mahvish Khan
1508 Bay Road, #557
Miami Beach, FL 33139
305.801.7797

*Interpreter*

10346071.1.LITIGATION 1/23/06 12:45 PM

## CERTIFICATE OF SERVICE

I, Peter M. Ryan, hereby certify that on January 25, 2006, I caused to be served via email a true and correct copy of the foregoing Acknowledgment, on counsel of record for Respondents as follows:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C.  20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

Peter M. Ryan