IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | : |
| *Petitioner/Plaintiffs,* | : |
| v. | : Case No. 1:05-CV-1124 (RMC) |
| GEORGE W. BUSH, *et al.* | : |
| *Respondents/Defendants.* | : |

## ENTRY OF APPEARANCE

The undersigned counsel, Rebecca P. Dick, hereby enters her appearance as one of the counsel for petitioners in the above-captioned case.

Dated: June 28, 2006

*[signature]*
Rebecca P. Dick
No. 463197
DECHERT LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
202-261-3300
Fax: 202-261-3333

*Counsel for Petitioners*