## CERTIFICATE OF SERVICE

      I, Rebecca P. Dick, hereby certify that on June 28, 2006, I caused to be served via e-mail a true and correct copy of the foregoing Appearance, Acknowledgement, and Memorandum of Understanding Regarding Access to Classified National Security Information, on counsel of record for Respondents as follows:

    Preeya M. Noronha
    Preeya.Noronha@usdoj.gov
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7226
    Washington, D.C. 20530
    (202) 514-3338

    Terry M. Henry
    Terry.Henry@usdoj.gov
    Senior Trial Attorney
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7144
    Washington, D.C. 20530

    Andrew I. Warden
    Andrew.Warden@usdoj.gov
    Trial Attorney
    United States Department of Justice
    Civil Division - Federal Programs Branch
    20 Massachusetts Avenue, N.W., Room 7144
    Washington, D.C. 20530

                                                  */s/ Rebecca P. Dick*
                                                  Rebecca P. Dick