## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALI SHAH MOUSOVI, et al.,** | : |
| *Petitioners/Plaintiffs,* | : |
| v. | :    **Case No. 1:05-CV-1124 (RMC)** |
| **GEORGE W. BUSH, et al.,** | : |
| *Respondents/Defendants.* | : |

## ENTRY OF APPEARANCE AND ATTORNEY
## CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)

The undersigned counsel, Carolyn M. Welshhans, hereby (1) enters her appearance as one of the counsel for petitioners in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that she is a member in good standing of the Bars of the District of Columbia, the Commonwealth of Virginia, and this Court and is providing representation to petitioners without compensation.

Dated:  July 21, 2006

Carolyn M. Welshhans
DECHERT LLP
1775 I Street, N.W.
Washington, D.C.  20006
(202) 261-3396
Fax: (202) 261-3333
United States District Court for the District of
Columbia Bar No.: 489120

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I, Carolyn M. Welshhans, hereby certify that on July 21, 2006, I caused to be served via email a true and correct copy of the foregoing Entry of Appearance and Attorney Certification Pursuant to L. Cv. R. 83.2(g), on counsel of record for Respondents as follows:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Carolyn M. Welshhans