IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, : | |
| : | |
| *Petitioners/Plaintiffs*, : | |
| : | Case No. 1:05-CV-1124 (RMC) |
| v. : | |
| : | |
| GEORGE W. BUSH, *et al.*, : | |
| : | |
| *Respondents/Defendants*. : | |

Declaration of Rebecca P. Dick
In Support of Petitioners' Opposition to
Respondents' Motion to Examine
Petitioners' Privileged Communications.

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 Eye St., N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. I make this declaration in support of the Petitioners' Opposition to Respondents' Motion to Examine Petitioners' Privileged Communications.

2. Upon information and belief, Petitioners in this action speak primarily Pashto or Dari. A few may speak a little English. A few may be illiterate in any language.

3. Attached hereto as Exhibit A is a true and correct copy of S. Wood, "Three Guantanamo Bay Detainees Die of Apparent Suicide," American Forces Press Service (June 10, 2006.

4. Attached hereto as Exhibit B is a true and correct copy of Reuters, "Three Guantanamo Detainees Die," US Army (June 11, 2006).

5. Attached hereto as Exhibit C is a true and correct copy of a page in the NCIS website, *available at* http://www. ncis.navy.mil/about leadership.asp, and a page in the Department of Defense website, *available at* http://www.defenselink.mil/odam/omp/pubs/ GuideBook/ Pdf/DoD.PDF.

6. Attached hereto as Exhibit D is a true and correct copy of Mot. to Modify Stay to Direct Resps. to Return Impounded Privileged Legal Material and for Other Relief, *Abdullah v. Bush*, No. 05-00023 (RWR) (filed July 5, 2006).

7. Attached hereto as Exhibit E is a true and correct copy of *Habib v. Bush*, Notice of Withdrawal, No. 02-cv-1130 (CKK), (D.D.C. July 20, 2006).

8. Attached hereto as Exhibit F is a true and correct copy of *Said v. Bush*, Memorandum Order, No. 05-2384 (RWR) at 4 (D.D.C. May 23, 2006).

9. Attached hereto as Exhibit G is a true and correct copy of "Triple suicide at Guantanamo Camp," BBC News, *available at* http://news.bbc.co. uk/2/hi/americas/5068228.stm.

10. Attached hereto as Exhibit H is a true and correct copy of DoD Regulation 5200.1: C5.2.7.1.1.3.

11. Attached hereto as Exhibit I is a true and correct copy of DoD Regulation 5400.7-R: C4.1.1.

12. Attached hereto as Exhibit J is a true and correct copy of Physicians for Human Rights, "Break Them Down: Systematic Use of Psychological Torture by US Forces," (2005), *available at* http://www.phrusa.org/research/ torture/pdf/psych_torture.pdf.

13. Attached hereto as Exhibit K is a true and correct copy of M. Denbeaux, "Report: The Guantanamo Detainees During Detention," (July 10, 2006), *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=916789.

14. Attached hereto as Exhibit L is a true and correct copy of Government Opposition to Motion for TRO & Preliminary Injunction, (filed Nov. 16, 2005), *Almurbatti v. Bush*, No. 04-1227 (RBW) at 10.

15. Attached hereto as Exhibit M is a true and correct copy of K.T. Rhem, "Skirmish with Guards, Two Suicide Attempts Test Guantanamo Procedures," (May 19, 2006), *available at*: http://www.defenselink.mil/news/May2006/20060519-5177.html. 11.

16. Attached hereto as Exhibit N is a true and correct copy of Department of Defense, "Statement on Suicide Attempts at Guantanamo," (May 19, 2006), *available at:* http://www.southcom.mil/PA/Media/Releases/Media%20Advisory%20-%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%20%201%20-%20Press%20briefing.pdf.

17. Attached hereto as Exhibit O is a true and correct copy of *In re Grand Jury Subpoenas 04-124-03 and 04-124-05*, Nos. 05-2274/2275, slip op. at 6 (6th Cir. July 13, 2006), *available at*: http://www.ca6.uscourts.gov/opinions.pdf/06a245p-06.pdf.

18. Attached hereto as Exhibit P is a true and correct copy of C. Savage, "Guantanamo Detainees Find Fault with Lawyers," Boston Globe (Aug. 10, 2005.

19. Attached hereto as Exhibit Q is a true and correct copy of E. Schwartz, "Pentagon Suspects Lawyer Involvement in Deaths," Legal Times.com, *available at* http://www.law/jsp/dc/PubArticleFriendly DC.jsp?id=1152608726099.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on July 21, 2006.

_____
Rebecca P. Dick