IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | |
| *Petitioner/Plaintiffs*, | |
| v. | Case No. 1:05-CV-1124 (RMC) |
| GEORGE W. BUSH, *et al.* | |
| *Respondents/Defendants.* | |

## ORDER

It is hereby ORDERED that:

(1) all materials marked "attorney-client" belonging to a Petitioner in this action in the possession, custody, or control of Respondents be returned to the respective Petitioners forthwith;

(2) Respondents shall file within 15 days of this Order an affidavit detailing:

    (a) who collected Petitioners' privileged materials;

    (b) who reviewed Petitioners' privileged materials;

    (c) each place where Petitioners' privileged materials have been held since their seizure by Respondents;

    (d) all actions that have been taken by Respondents or their agents or affiliates in response to the existence or contents of Petitioners' privileged

materials, including any actions taken with respect to Petitioners.

So ordered this _____, 2006.

_____
ROSEMARY N. COLLYER
United States District Judge

2