## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on July 21, 2006, I caused to be served via e-mail a true and correct copy of the foregoing Brief in Opposition to Respondents' Motion to Examine Petitioners' Privileged Communications and an accompanying proposed Order, as follows:

Preeya M. Noronha, Esq.
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry, Esq.
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden, Esq.
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

_/s/ Rebecca P. Dick_
Rebecca P. Dick