UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR DEGHAYES, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 04-2215 (RMC) |
| ) | |
| GEORGE W. BUSH, PRESIDENT ) | |
| OF THE UNITED STATES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| MOHSEN ABDRUB ABOASSY, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-748 (RMC) |
| ) | |
| GEORGE W. BUSH, PRESIDENT ) | |
| OF THE UNITED STATES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| MUHIBULLAH, *et al.*, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-884 (RMC) |
| ) | |
| GEORGE W. BUSH, PRESIDENT ) | |
| OF THE UNITED STATES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

|   |   |
|---|---|
| ALI SHAH MOUSOVI, *et al.*,  )<br>)<br>Petitioners,  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH, PRESIDENT  )<br>OF THE UNITED STATES, *et al.*,  )<br>)<br>Respondents.  ) | Civil Action No. 05-1124 (RMC) |

|   |   |
|---|---|
| ABDUL HAKIM ABDUL KARIM AMIN )<br>BUKHARI, *et al.*,  )<br>)<br>Petitioners,  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH, PRESIDENT  )<br>OF THE UNITED STATES, *et al.*,  )<br>)<br>Respondents.  ) | Civil Action No. 05-1241 (RMC) |

|   |   |
|---|---|
| MOTAI SAIB, *et al.*,  )<br>)<br>Petitioners,  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH, PRESIDENT  )<br>OF THE UNITED STATES, *et al.*,  )<br>)<br>Respondents.  ) | Civil Action No. 05-1353 (RMC) |

| | |
|---|---|
| **JAWAD JABBAR SADKHAN,**<br><br>Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES,** *et al.*,<br><br>Respondents. | **Civil Action No. 05-1487 (RMC)** |
| **MOHAMMED AL-QAHTANI,** *et al.*,<br><br>Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES,** *et al.*,<br><br>Respondents. | **Civil Action No. 05-1971 (RMC)** |
| **MOHAMMED ABDUL RAHMAN AL-SHIMRANI,** *et al.*,<br><br>Petitioners,<br><br>v.<br><br>**GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES,** *et al.*,<br><br>Respondents. | **Civil Action No. 05-2249 (RMC)** |

**ORDER**

Local Rule 40.6(a) permits the Judges of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." Local Civ. R. 40.6(a). On August 3, 2006, the United States District Court for the District of Columbia adopted a Resolution of the Executive Session, in which a majority of the Judges agreed to transfer the Government's Motion for Procedure Related to Review of Certain Detainee Materials and Request for Expedited Briefing to Judge James Robertson for coordinated handling and decision.

In the interest of achieving a coordinated and expedited resolution of the pending Motion, the Court hereby **TRANSFERS** the Motion to Judge Robertson for handling and decision as reflected in the August 3, 2006, Resolution of the Executive Session.

**SO ORDERED.**

Date: August 9, 2006                                /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge