IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAJI NASRAT,                        )
                                    )
            Petitioner,             )
                                    )
      v.                            )      Civil Action No. 05-CV-0880 (ESH)
                                    )
GEORGE W. BUSH,                     )
      President of the United States, )
      *et al.,*                     )
                                    )
            Respondents.            )
                                    )
ALI SHAH MOUSOVI, *et al.*          )
                                    )
                                    )
            Petitioners,            )
                                    )
      v.                            )      Civil Action No. 05-CV-1124 (RMC)
                                    )
GEORGE W. BUSH,                     )
      President of the United States, )
      *et al.,*                     )
                                    )
            Respondents.            )
                                    )

## RESPONDENTS' NOTICE OF TRANSFER OF  PETITIONER

Respondents hereby provide notice that with respect to the detainee with Internment

Serial Number (ISN) 1009, identified as petitioner Haji Nasrat in Nasrat v. Bush, No.

05-CV-0880 (ESH), AKA Haji Nusrat in Mousovi v. Bush, No. 05-CV-1124 (RMC), the United

States has relinquished custody of petitioner and petitioner has been transferred to the control of

the Government of Afghanistan, consistent with United States' policies and practices pertaining

to transfers for continued detention, investigation, and/or prosecution as the transferee country

deems appropriate.  These policies and practices are outlined in the declarations of Ambassador

Pierre-Richard Prosper and Deputy Assistant Secretary of Defense for Detainee Affairs Matthew

C. Waxman previously filed in <u>Mousovi v. Bush</u>, No. 05-CV-1124 (RMC) (dkt. no. 12).[1]


Dated: August 29, 2006                        Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              DOUGLAS N. LETTER
                                              Terrorism Litigation Counsel

                                                 /s/ Andrew I. Warden
                                              JOSEPH H. HUNT (D.C. Bar No. 431134)
                                              VINCENT M. GARVEY (D.C. Bar No. 127191)
                                              TERRY M. HENRY
                                              JAMES J. SCHWARTZ
                                              PREEYA M. NORONHA
                                              ROBERT J. KATERBERG
                                              ANDREW I. WARDEN (IN Bar No. 23840-49)
                                              NICHOLAS J. PATTERSON
                                              EDWARD H. WHITE
                                              MARC A. PEREZ
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Ave., N.W.
                                              Washington, DC  20530
                                              Tel:  (202) 514-4107
                                              Fax:  (202) 616-8470

                                              Attorneys for Respondents

---

[1] While Mr. Waxman and Mr. Prosper have both recently left office, the policies and practices set forth in their prior declarations remain in effect and are applicable to the instant case, while certain numerical information regarding numbers of transfers in the declarations is subject to updating.