IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | :<br>: |
| *Petitioners/Plaintiffs*, | :<br>: |
| v. | :     Case No. 1:05-CV-1124 (RMC) |
| GEORGE W. BUSH, *et al.*, | :<br>: |
| *Respondents/Defendants.* | :<br>: |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Petitioners hereby give notice of the apparent unconstitutionality, in light of the Suspension Clause, U.S. Const. article I, sec. 9, and *Rasul v. Bush*, 542 U.S. 466 (2004), of applying the Military Commissions Act of 2006, Pub. L. No. 109-____ (copy attached to Respondents' October 18, 2006 Notice of Military Commissions Act of 2006) to require dismissal of this *habeas corpus* petition. The Suspension Clause prohibits suspension of the writ of *habeas corpus* except in times of rebellion or invasion. There is no rebellion or invasion, so the writ may not be suspended. *Rasul v. Bush* holds that the Guantanamo Bay Naval Station is a territory over which the United States holds plenary and exclusive jurisdiction. Thus, persons detained there have the constitutional right to seek *habeas corpus*.

The administrative processes provided for by the Military Commissions Act lack fundamental due process protections. *Habeas corpus* may not be replaced with such an inadequate or ineffective alternative. *Swain v. Pressley*, 430 U.S. 372, 381 (1977). For these reasons and others, the *habeas*-stripping provisions of the Military Commissions Act are unconstitutional.

Moreover, the constitutionality of these provisions is currently under review by the Court of Appeals for the District of Columbia in *al Odah v. United States,* Nos. 05-5064, 05-5095 through 05-5116, and *Boumediene v. Bush,* Nos. 05-5062 and 05-5063 (*see* Orders of October 18, 2006) (copy attached). Rather than address the issue at this time, this Court should await a decision from the Court of Appeals or the Supreme Court regarding the constitutionality of applying the Military Commissions Act to require dismissal of *habeas corpus* petitions pending when the law was enacted.

Dated: October 27, 2006

Respectfully submitted,

DECHERT LLP
Counsel for Petitioners

By: /s/ Rebecca P. Dick

George G. Gordon
Peter M. Ryan
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215.994.4000

Daniel C. Malone
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
212.698.3500

Rebecca P. Dick (D.C. Bar 463197)
Carolyn M. Welshhans (D.C. Bar 489120)
DECHERT LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
202.261.3300