# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5062**                               **September Term, 2006**

04cv01142
04cv01166

Filed On:

Lakhdar Boumediene, Detainee, Camp Delta, et al.,
    Appellants

v.

George W. Bush, President of the United States, et al.,
    Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 1 8 2006

CLERK

Consolidated with 05-5063

**BEFORE:** Sentelle, Randolph, and Rogers, Circuit Judges

### ORDER

Upon consideration of motion of habeas petitioners for leave to file supplemental briefs on the significance of the Military Commissions Act of 2006, it is

**ORDERED** that the motion be granted. The following briefing format and schedule will apply:

| | |
|---|---|
| Supplemental Brief for Habeas Petitioners/Appellants (not to exceed 10,000 words) | November 1, 2006 |
| Supplemental Brief for Appellees (not to exceed 10,000 words) | November 13, 2006 |
| Supplemental Reply Brief for Habeas Petitioners/Appellants (not to exceed 5,000 words) | November 20, 2006 |

All submissions are due by 4:00 p.m. on the date due, and are to be hand-filed and hand-served.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: Linda Jones
Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-5064

September Term, 2006

02cv00299
02cv00828
02cv01130
04cv01135
04cv01136
04cv01137
04cv01144
04cv01164
04cv01194
04cv01227
04cv01254

Filed On:

Khaled A. F. Al Odah, Next Friend of Fawzi Khalid
Abdullah Fahad Al Odah, et al.,
  Appellants

v.

United States of America, et al.,
  Appellees

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 18 2006

CLERK

Consolidated with 05-5095, 05-5096, 05-5097,
05-5098, 05-5099, 05-5100, 05-5101, 05-5102,
05-5103, 05-5104, 05-5105, 05-5106, 05-5107,
05-5108, 05-5109, 05-5110, 05-5111, 05-5112,
05-5113, 05-5114, 05-5115, 05-5116

**BEFORE:** Sentelle, Randolph, and Rogers, Circuit Judges

### ORDER

Upon consideration of motion of habeas petitioners for leave to file supplemental briefs on the significance of the Military Commissions Act of 2006, it is

ORDERED that the motion be granted. The following briefing format and schedule will apply:

Supplemental Brief for
Habeas Petitioners/Appellants
(not to exceed 10,000 words)        November 1, 2006

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-5064**                      **September Term, 2006**

| | |
|---|---|
| Supplemental Brief for Appellees (not to exceed 10,000 words) | November 13, 2006 |
| Supplemental Reply Brief for Habeas Petitioners/Appellants (not to exceed 5,000 words) | November 20, 2006 |

All submissions are due by 4:00 p.m. on the date due, and are to be hand-filed and hand-served.

**Per Curiam**

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                    BY: *Linda Jones* (signature)
                                           Linda Jones
                                           Deputy Clerk