IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-1124 (RMC) |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents/Defendants*. | : |

**MOTION TO DISMISS PETITIONERS ALI SHAH MOUSOVI (ISN 1154)
AND HAJI NUSRAT (ISN 1009) WITHOUT PREJUDICE**

Petitioners hereby move for an order dismissing Petitioners Ali Shah Mousovi (ISN 1154) and Haji Nusrat (ISN 1009) without prejudice. After detaining Petitioners Ali Shah Mousovi and Haji Nusrat at Guantánamo Bay for several years without lawful basis, charge, or any fair process by which they might challenge their designation and detention as alleged enemy combatants, Respondents recently transferred them to the custody of the Islamic Republic of Afghanistan. The government of Afghanistan immediately freed Ali Shah Mousovi and Haji Nusrat to return to their families.

Counsel for Petitioners conferred by telephone with counsel for Respondents pursuant to LCvR 7(m) regarding the relief requested in this motion. Counsel for Respondents informed counsel for Petitioners that, while Respondents do not oppose the dismissal of petitioners Ali Shah Mousovi and Haji Nusrat, Respondents do not consent to a dismissal without prejudice. Counsel for Respondents further stated that Respondents reserve their rights as to that aspect of the dismissal.

The remaining Petitioners in this matter, Wali Mohammed Morafah (ISN 560), Izaatullah Nusrat (ISN 977), Haji Rohullah Wakil (ISN 798), Sabar Lal (ISN 801), and Abdul

Razak Iktiar Mohammed (ISN 1043), are still detained at Guantánamo Bay and seek the Writ of Habeas Corpus.

WHEREFORE, Petitioners respectfully request that the Court enter an order dismissing Petitioners Ali Shah Mousovi and Haji Nusrat without prejudice. A proposed order accompanies this motion.

Dated: December 13, 2006

Respectfully submitted,

DECHERT LLP
Counsel for Petitioners

By: _____
George G. Gordon
Peter M. Ryan
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215.994.4000

Daniel C. Malone
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112
212.698.3500

Rebecca P. Dick
D.C. Bar No. 463197
Carolyn M. Welshhans
D.C. Bar No. 489120
DECHERT LLP
1775 Eye Street, N.W.
Washington, D.C. 20006
202.261.3300

## CERTIFICATE OF SERVICE

I, Peter M. Ryan, hereby certify that on December 13, 2006, I caused to be served via email true and correct copies of the foregoing (1) Motion to Dismiss Petitioners Ali Shah Mousovi (ISN 1154) and Haji Nusrat (ISN 1009) Without Prejudice; and (2) proposed Order, on the following counsel of record for Respondents:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C.  20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C.  20530

_____
Peter M. Ryan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, *Petitioners/Plaintiffs*, v. GEORGE W. BUSH, *et al.*, *Respondents/Defendants*. | Case No. 1:05-CV-1124 (RMC) |

## ORDER

Upon consideration of Petitioner's Motion to Dismiss Petitioners Ali Shah Mousovi (ISN 1154) and Haji Nusrat (ISN 1009) Without Prejudice, it is hereby

**ORDERED** that the Motion is **GRANTED**. Petitioners Ali Shah Mousovi (ISN 1154) and Haji Nusrat (ISN 1009) are hereby dismissed without prejudice.

Date: _____, 2006

_____
ROSEMARY M. COLLYER
United States District Judge

- 2 -

<u>Attorneys to be noticed:</u>

Peter M. Ryan
Peter.Ryan@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215.994.4000

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
202.514.3338