UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALI SHAH MOUSOVI, et al., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-1124 (RMC) |
| GEORGE W. BUSH, et al., | ) ) ) | |
| Respondents. | ) ) ) | |

## MEMORANDUM OPINION & ORDER

Petitioner, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, filed a petition for a writ of habeas corpus on June 7, 2005. Now before the Court are (1) Respondents' Motion to Dismiss, (2) Petitioners' Motion to Stay and Hold Proceedings in Abeyance, and (3) Petitioners' Motion to Transfer Case to the Court of Appeals. Upon consideration of the pleadings and the case law, *see Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007); *Kiyemba v. Bush*, No. 05-5487, 2007 WL 964612 (D.C. Cir. Mar. 22, 2007); *Zalita v. Bush*, No. 07-5129 (D.C. Cir. Apr. 25, 2007) (*per curiam*), it is hereby

**ORDERED** that Respondents' Motion to Dismiss [Dkt. # 60] is **GRANTED**; and it is

**FURTHER ORDERED** that Petitioner's Motion to Stay and Hold Proceedings in Abeyance [Dkt. # 62] is **DENIED**; and it is

**FURTHER ORDERED** that Petitioners' Motion to Transfer Case to the Court of Appeals [Dkt. # 63] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction; accordingly, this case is closed.

**SO ORDERED.**

Dated: May 30, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge