IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-1124 (RMC) |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents/Defendants*. | : |

## NOTICE OF FILING

Petitioners in the above-captioned matter hereby notify the Court that on August 17, 2007, counsel for petitioners submitted via Fedex overnight delivery an original and two true and correct copies of (1) Petitioners' Motion Under Rule 60(b)(6) of the Federal Rules of Civil Procedure to Reinstate and Stay this Petition Until the Supreme Court's Decision in *Boumediene v. Bush*, No. 06-1195, & *Al Odah v. Bush*, No. 06-1196; (2) the Memorandum of Points and Authorities in support thereof; and (3) the Declaration of Peter M. Ryan in support thereof, to the Court Security Officer for review and filing under seal.

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

Dated: August 20, 2007

/s/Peter M. Ryan
Rebecca P. Dick
D.C. Bar No. 463197
Carolyn M. Welshhans
D.C. Bar No. 489120
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)

- 2 -

George G. Gordon
Peter M. Ryan
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104-2808
(215) 994-4000 (Tel.)

Daniel C. Malone
30 Rockefeller Plaza
New York, NY  10112
(212) 698-3500 (Tel.)

## **CERTIFICATE OF SERVICE**

I, Peter M. Ryan, hereby certify that on August 20, 2007, I caused to be served via email true and correct copies of the foregoing Notice of Filing on the following counsel of record for Respondents:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

/s/Peter M. Ryan
Peter M. Ryan