IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-1124 (RMC) |
| GEORGE W. BUSH, *et al.*, | : |
| *Respondents/Defendants*. | : |

[PROPOSED] ORDER

Upon consideration of Petitioners' Motion Under Rule 60(b)(6) of the Federal Rules of Civil Procedure to Reinstate and Stay this Petition Until the Supreme Court's Decision in *Boumediene v. Bush*, No. 06-1195, & *Al Odah v. United States*, No. 06-1196, the Memorandum of Points and Authorities in support thereof, and any response thereto, it is hereby

**ORDERED** that (1) this Court's May 30, 2007 Memorandum Opinion & Order dismissing this case for lack of subject matter jurisdiction is **VACATED**; (2) Respondents' April 19, 2007 Motion to Dismiss is **DENIED** without prejudice; and (3) this petition is **STAYED** until the United States Supreme Court's decision in *Boumediene v. Bush*, No. 06-1195, and *Al Odah v. United States*, No. 06-1196.

**SO ORDERED.**

Date: _____, 2007

_____
ROSEMARY M. COLLYER
United States District Judge

- 2 -

<u>Attorneys to be noticed:</u>

Peter M. Ryan
Peter.Ryan@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2449

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969