**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALI SHAH MOUSOVI, et al., | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-1124 (RMC) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |

**[Proposed] Order**

It is hereby ordered that Petitioners' Motion Under Rule 60(b)(6) of the Federal Rules of Civil Procedure (dkt. no. 70) is DENIED.

IT IS SO ORDERED.

Dated: _____

                                              ROSEMARY M. COLLYER
                                              UNITED STATES DISTRICT JUDGE