# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **ALI SHAH MOUSOVI**, *et al.*, | ) | |
| | ) | |
| **Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1124 (RMC)** |
| | ) | |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |

_____)

## ORDER

This matter comes before the Court on Petitioners' Motion Under Rule 60(b)(6) to Reinstate and Stay the Petition. In *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *cert. granted*, 75 U.S.L.W. 3705 (June 29, 2007) (No. 06-1195), the D.C. Circuit ruled that the Military Commissions Act of 2006 eliminated jurisdiction of the federal courts to consider habeas actions by Guantanamo detainees and that the Guantanamo detainees, as aliens outside the sovereign territory of the United States, lack constitutional rights and therefore lack standing to challenge the elimination of jurisdiction. *See Boumediene*, 476 F.3d at 986-991. Based on the D.C. Circuit's decision in *Boumediene*, this Court dismissed the instant Petition for lack of jurisdiction by Order dated May 30, 2007. *See* Dkt. No. 68.

On June 29, 2007, the Supreme Court granted certiorari in *Boumediene* pursuant to Supreme Court Rule 44.2 and vacated its April 2, 2007, Order denying certiorari. *See Boumediene v. Bush*, 127 S. Ct. 3078 (2007). One month later, the D.C. Circuit ordered that "the mandate be recalled" in *Boumediene* and directed "[t]he Clerk of the United States District Court for the District of Columbia . . . to return forthwith to the United States Court of Appeals for the District of

Columbia Circuit the mandate issued June 27, 2007." *Boumediene v. Bush*, D.C. Cir. No. 05-5062;

*Al Odah v. United States*, D.C. Cir. No. 05-5064.

   In light of these recent events, the Court will grant the Petitioners' motion for relief

from judgment and will reinstate the Petition.  Further, the Court will stay and hold this case in

abeyance pending the Supreme Court's decision in *Boumediene*.  Accordingly, it is hereby

   **ORDERED** that Petitioner's Motion Under Rule 60(b)(6) [Dkt. No. 70] is

**GRANTED**; and it is

   **FURTHER ORDERED** that this case is stayed pending the Supreme Court's

decision in *Boumediene v. Bush*.

   **SO ORDERED.**

Date:  September 7, 2007        _____/s/_____

           ROSEMARY M. COLLYER
           United States District Judge