UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ALI SHAH MOUSOVI**, *et al.*,     )
                                    )
      Petitioners,              )
                                    )
  v.                                )  Civil Action No. 05-1124 (RMC)
                                    )
**GEORGE W. BUSH**, *et al.*,       )
                                    )
      Respondents.              )
_____)

## ORDER

      This matter comes before the Court on the Respondents' Notices of Transfer of Petitioners.  *See* Dkt. ## 76, 77 & 80.  Respondents inform the Court that the United States has relinquished custody of Petitioners Sabal Lal (ISN 801), Izaatullah Nusrat (ISN 997), and Haji Rohullah Wakil (ISN 798), and transferred them to the control of the Government of Afghanistan.  In light of Respondents' Notices of Transfer, this Court will deny all pending motions as moot as they relate to these three Petitioners, and dismiss these three Petitioners from this case.  Accordingly, it is hereby

      **ORDERED** that the September 7, 2007 Order staying this case [Dkt. # 74] is **VACATED** as it relates to Petitioners Sabal Lal, Izaatullah Nusrat, and Haji Rohullah Wakil; and it is **FURTHER ORDERED** that all pending motions are **DENIED AS MOOT** as they relate to these three Petitioners; and it is **FURTHER ORDERED** that in light of Petitioners' transfer to the Government of Afghanistan, the Petitions of Sabal Lal, Izaatullah Nusrat, and Haji Rohulla Wakil are **DISMISSED** without prejudice as moot.

      **SO ORDERED.**

                                                    _____/s/_____
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge

Date: May 13, 2008