

Cleared by the CSO for Public Filing

FILED WITH THE
COURT SECURITY OFFICER
CSO: [signature]
DATE: 5/30/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | : |
| *Petitioners/Plaintiffs*, | : |
| v. | : Case No. 1:05-CV-1124 (RMC) |
| GEORGE W. BUSH, *et al.*, | : ORAL ARGUMENT REQUESTED |
| *Respondents/Defendants*. | : |

**MOTION OF PETITIONER HAJI ROHULLAH WAKIL TO ALTER OR AMEND JUDGMENT TO REINSTATE AND STAY HIS PETITION UNTIL THE SUPREME COURT'S DECISIONS IN *BOUMEDIENE v. BUSH* AND *AL ODAH v. UNITED STATES*__**

Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, petitioner Haji Rohullah Wakil respectfully moves for an Order: (1) vacating this Court's May 13, 2008, Memorandum Opinion & Order dismissing his *habeas corpus* claims on grounds of mootness; (2) reinstating his *habeas corpus* petition; and (3) staying his petition until the United States Supreme Court issues its decisions in *Boumediene v. Bush*, No. 06-1195, and *Al Odah v. United States*, No. 06-1196.

The grounds in support of this motion are contained in the accompanying Memorandum of Points and Authorities.

Pursuant to LCvR 7(m), counsel for petitioners conferred by telephone with counsel for respondents regarding the relief requested in this motion and was informed that Respondents would not agree to the requested relief.

WHEREFORE, petitioners respectfully request that the Court enter an Order (1) vacating this Court's May 13, 2008, Memorandum Opinion & Order dismissing his *habeas corpus* claims on grounds of mootness; (2) reinstating his *habeas corpus* petition; and (3) staying his petition until the United States Supreme Court issues its decisions in *Boumediene v. Bush*, No. 06-1195, and *Al Odah v. United States*, No. 06-1196.

Dated: May 28, 2008

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners*

George G. Gordon
Peter M. Ryan
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

Rebecca P. Dick
D.C. Bar No. 463197
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)

Daniel C. Malone
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500 (Tel.)