# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALI SHAH MOUSOVI, *et al.*,

    *Petitioners/Plaintiffs,*

v.

GEORGE W. BUSH, *et al.*,

    *Respondents/Defendants.*

Case No. 1:05-CV-1124 (RMC)

**Declaration of Rebecca P. Dick In Support of Motion of Petitioner
Haji Rohullah Wakil to Alter or Amend Judgment To Reinstate and Stay His Petition**

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I St., N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. I make this declaration in support of Petitioner Haji Rohullah Wakil's Motion to Alter or Amend Judgment to Reinstate and Stay His Petition.

2. Attached hereto as Exhibit A is a true and correct copy of the Combatant Status Review Board proceeding for Petitioner Haji Rohullah Wakil, *available at* page 2063 of http://www.dod.mil/pubs/foi/detainees/csrt/Set_30_2048-2144.pdf.

3. Attached hereto as Exhibit B is a true and correct copy of the 2005 Administrative Review Board proceeding for Petitioner Haji Rohullah Wakil (Rohullah),

*available at* page 20982 of

http://www.dod.mil/pubs/foi/detainees/csrt/ARB_Transcript_Set_8_20751-21016.pdf.

  4. Attached hereto as Exhibit C is a true and correct copy of C. Rondeaux, J. White, and J. Tate, "Afghan Detainees Sent Home to Face Closed-Door Trials," *Washington Post* (April 13, 2008), *available at* http://www.washingtonpost.com/wp-dyn/content/article/2008/04/12/ AR2008041202308_pf.html.

  5. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Colonel Anthony Zabek, as filed on September 5, 2007, in *Ruzatullah v. Gates*, No. 06-CV-01707 (GK) (D.D.C.).

  6. Attached hereto as Exhibit E is a true and correct copy of a Press Briefing by Dana Perino, June 22, 2007, *available at*

http://www.whitehouse.gov/news/releases/2007/06/20070622-4.html.

  7. Attached hereto as Exhibit F is a true and correct copy of T. Golden, "Foiling U.S. Plan, Prison Expands in Afghanistan," *New York Times* (January 7, 2008), *available at* http://www.nytimes.com/2008/01/07/world/asia/ 07bagram.html?emc=eta1 &pagewanted=print

  8. Attached hereto as Exhibit G is a true and correct copy of the Prepared Remarks of Attorney General Alberto R. Gonzales at the United States Coast Guard Academy on September 6, 2007, *available at*

http://www.usdoj.gov/archive/ag/speeches/2007/ag_speech_070906.html.

  9. Attached hereto as Exhibit H is a true and correct copy of a news article from the CNN website, "Gates: U.S. "Stuck" in Guantanamo" (updated May 21, 2008),

2

*available at* http://www.cnn.com/2008/US/05/20/gates.guantanamo/index.html?eref+rss topstories.

10. Attached hereto as Exhibit I is a true and correct copy of the Declaration of Jonathan Horowitz.

11. Attached hereto as Exhibit J is a true and correct copy of an Order entered on September 13, 2007, in *Ruzatullah v. Gates*, No. 06-1707 (GK).

12. Attached hereto as Exhibit K is a true and correct copy of Petitioner Ruzatullah's Opposition to Respondents' Supplemental Motion to Dismiss, *Ruzatullah v. Gates*, No. 06-1707 (GK), filed on August 1, 2007.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on May 28, 2008.

_____
Rebecca P. Dick

3