

# CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on May 28, 2008, I caused to be submitted via hand delivery to the Court Security Officer, for review and filing under seal, an original and two true and correct copies of the foregoing Motion, and Memorandum of Points and Authorities in Support of the Motion, of Petitioner Haji Rohullah Wakil to Alter or Amend Judgment to Reinstate and Stay His Petition Until the Supreme Court's Decisions in *Boumediene v. Bush* and *Al Odah v. United States*. I requested that the Court Security Officer serve copies of these documents on the following counsel of record for Respondents:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7144
Washington, D.C. 20530

_____
Rebecca P. Dick