IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALI SHAH MOUSOVI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-1124 (RMC) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

**RESPONDENTS' UNOPPOSED MOTION TO STAY RESPONSE TO MOTION OF PETITIONER HAJI ROHULLAH WAKIL TO ALTER OR AMEND JUDGMENT TO REINSTATE AND STAY HIS HABEAS CORPUS PETITION**

Respondents hereby move for a stay of their obligation to respond to petitioner Haji Rohullah Wakil's motion to reinstate his habeas corpus petition. Pursuant to Local Civil Rule 7.1(m), respondents' counsel has conferred with counsel for petitioner, who consents to respondents' requested stay. In support of this motion, respondents submit the following:

1.  On May 13, 2008, the Court dismissed petitioner Haji Rohullah Wakil's habeas corpus petition on the basis of respondents' representation that the United States had relinquished custody of petitioner and transferred him to the control of the Government of Afghanistan. *See* dkt. no. 81. Following entry of that order, pursuant to Federal Rule of Civil Procedure 59(e), petitioner filed a motion to vacate the Court's May 13, 2008 Order, to reinstate his habeas corpus petition, and to stay the petition until the Supreme Court issues its decision in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *cert. granted*, 75 U.S.L.W. 3707 (June 29, 2007). *See* dkt. no. 82.

2.	Because the Supreme Court is expected to issue its decision in *Boumediene* later this month, the interests of the efficient and appropriate use of judicial and party resources would be furthered by postponing additional briefing on petitioner's motion until the Supreme Court issues its decision. *See Landis v. North American Co.*, 299 U.S. 248, 256 (1936) (courts have inherent power to manage their dockets and stay proceedings). The forthcoming *Boumediene* decision will likely have a significant impact on further proceedings in this case and the parties are in agreement that additional briefing on petitioner's motion should await the Supreme Court's decision in order to provide the parties and the Court with the benefit of the Supreme Court's guidance.

3.	For these reasons, respondents respectfully request that the Court stay respondents' obligation to file a response to petitioner's motion until after the Supreme Court decides the *Boumediene* case.[1] Thereafter, the parties intend to meet and confer regarding an appropriate briefing schedule and submit a status report or status reports to the Court within 30 days of the Supreme Court's decision. A proposed order is attached hereto.

Dated: June 5, 2008                    Respectfully submitted,

                                       GREGORY G. KATSAS
                                       Acting Assistant Attorney General

                                       DOUGLAS N. LETTER
                                       Terrorism Litigation Counsel

                                         /s/ *Andrew I. Warden*
                                       JOSEPH H. HUNT (D.C. Bar No. 431134)
                                       VINCENT M. GARVEY (D.C. Bar No. 127191)

---

[1] This motion and petitioner's consent thereto are made without prejudice to any arguments that the parties may assert with respect to the merits of petitioner's motion.

JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
ROBERT J. KATERBERG
ANDREW I. WARDEN (IN Bar No. 23840-49)
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents