IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI SHAH MOUSOVI, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-1124 (RMC) |

## **[Proposed] ORDER**

Upon consideration of respondents' unopposed motion to stay their obligation to respond to petitioner Haji Rohullah Wakil's motion to reinstate his habeas corpus petition (dkt. no. 82), it is hereby ORDERED as follows:

1)   Respondents' motion is GRANTED;

2)   Respondents' obligation to file a response to petitioner's motion is stayed until after the Supreme Court issues its decision in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *cert. granted*, 75 U.S.L.W. 3707 (June 29, 2007):

3)   The parties shall submit a status report or status reports to the Court within 30 days of the Supreme Court's decision in *Boumediene*, as appropriate, which shall include a proposed briefing schedule for petitioner's supplemental memorandum in support of his motion, respondents' memorandum in opposition, and petitioner's reply memorandum.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE