UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALI SHAH MOUSOVI, et al., | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-1124 (RMC) |
| GEORGE W. BUSH, et al., | ) ) ) | |
| Respondents. | ) ) | |

### ORDER

Upon review of Petitioner Haji Rohullah Wakil's Motion to Alter or Amend Judgment and Respondents' Unopposed Motion to Stay Response to Motion of Petitioner, it is hereby

**ORDERED** that Respondents' Unopposed Motion to Stay Response [Dkt. # 83] is **GRANTED**; and it is

**FURTHER ORDERED** that Respondents' obligation to file a response to Petitioner's Motion [Dkt. # 82] is **STAYED** until the United States Supreme Court issues its decision in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *cert. granted*, 127 S. Ct. 3078 (2007); and it is

**FURTHER ORDERED** that the parties shall submit a status report or status reports to this Court within 30 days of the Supreme Court's decision in *Boumediene*, which shall include a proposed briefing schedule for Petitioner's Motion.

**SO ORDERED**.

Dated: June 9, 2008                                             /s/
                                                                           ROSEMARY M. COLLYER
                                                                           United States District Judge