IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY | ) | |
| DETAINEE LITIGATION | ) | |
| _____) | | Civil Action No. 05-CV-1124 (RMC) |

**RESPONDENTS' STATUS REPORT IN
RESPONSE TO COURT'S JUNE 9, 2008 ORDER**

Pursuant to the Court's June 9, 2008 order (dkt. no. 84), respondents hereby submit the

following status report:

    1.      On May 5, 2008, respondents notified the Court that the United States had

relinquished custody of petitioner Haji Rohullah Wakil (ISN 798) and transferred

him to the control of the Government of Afghanistan.  *See* Notice of Transfer

(dkt. no. 80).

    2.      On May 13, 2008, the Court dismissed petitioner Wakil's habeas petition as moot

in light of his transfer to Afghanistan.  *See* Order (dkt. no. 81).  Thereafter, on

May 30, 2008, pursuant to Federal Rule of Civil Procedure 59(e), petitioner

Wakil filed a motion to vacate the Court's May 13, 2008 Order and to reinstate

his habeas corpus petition.  *See* dkt. no. 82.  On June 6, 2008, respondents moved

to stay their obligation to file a response to petitioner's motion until after the

Supreme Court decided *Boumediene v. Bush*.  *See* dkt. no. 83.  The Court granted

respondents' motion and directed the parties to file status reports within thirty

days of the Supreme Court's decision in *Boumediene*.  *See* dkt. no. 84.

3.      On July 2, 2008, the Court transferred this case to Judge Hogan for coordination

and management as reflected in the July 1, 2008 Resolution of the Executive

Session of the Court.  *See* dkt. no. 85.  In light of the transfer of this case to Judge

Hogan for coordination in connection with the other Guantanamo Bay habeas

corpus cases pending in this district, further proceedings regarding petitioner

Wakil's motion (as well as further proceedings in this case more generally)

should be handled and addressed by Judge Hogan in a coordinated fashion.


Dated: July 14, 2008                          Respectfully submitted,

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              DOUGLAS N. LETTER
                                              Terrorism Litigation Counsel

                                                 */s/* Andrew I. Warden
                                              JOSEPH H. HUNT (D.C. Bar No. 431134)
                                              VINCENT M. GARVEY (D.C. Bar No. 127191)
                                              JUDRY L. SUBAR
                                              TERRY M. HENRY
                                              ANDREW I. WARDEN (IN Bar No. 23840-49)
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Ave., N.W.
                                              Washington, DC  20530
                                              Tel:  (202) 616-5084
                                              Fax:  (202) 616-8470

                                              Attorneys for Respondents