IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al., *Petitioners/Plaintiffs*, v. GEORGE W. BUSH, et al., *Respondents/Defendants*. | Case No. 05-CV-01124 (RMC) |
| IN RE : GUANTANAMO BAY DETAINEE LITIGATION | Misc. No. 08-442 (TFH) |

## (PROPOSED) ORDER

Upon consideration of the Motion of Petitioner Haji Rohullah Wakil to sever his petition from No. 05-1124 and Misc. No. 08-442, and any response thereto, and it appearing that there is good cause for granting the Motion, it is hereby

**ORDERED** that the Motion be, and hereby is, granted in full. The Petition for Habeas Corpus of Haji Rohullah Wakil shall be severed from No. 05-1124 and issued a new case number, although remaining assigned to Judge Collyer except for purposes of coordination and management, and severed from Misc. No. 08-442.

**SO ORDERED.**

Date: _____, 2008

_____
THOMAS F. HOGAN
United States District Judge