IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJI ROHULLAH WAKIL,<br><br>*Petitioner/Plaintiff*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>*Respondents/Defendants*.<br><br>IN RE :<br>PETITIONERS SEEKING HABEAS<br>CORPUS RELIEF IN RELATION TO<br>PRIOR DETENTIONS AT<br>GUANTANAMO BAY | Case No. _____ (RMC)<br>(formerly No. 05-1124)<br><br><br><br><br><br>Misc. No. 08-444 (TFH) |

**MOTION TO TRANSFER PETITION OF HAJI ROHULLAH WAKIL
FOR COORDINATION AND MANAGEMENT
TO MISCELLANEOUS NO. 08-444**

Petitioner Haji Rohullah Wakil (ISN 798) has moved to sever his petition from those of the other petitioners in his original habeas action, No. 05-CV-1124, and from the other habeas petitioners in Misc. No. 08-442, because, unlike them, he is currently being held not at Guantanamo but in a U.S.-sponsored facility in Afghanistan, Block D at Policharkei Prison. Petitioner Rohullah moves to transfer his newly severed habeas petition to Miscellaneous No. 08-444, for coordination and management only, because the latter matter is a coordinated proceeding for the petitions of former Guantanamo prisoners who, like Petitioner Rohullah, are now imprisoned abroad. Thus, it would be appropriate and efficient to transfer Rohullah's petition, for purposes of coordination and management only, to Misc. No. 08-444.

Pursuant to LCvR 7(m), counsel have conferred with Respondents. Respondents state that they "reserve" their position on this motion.

Petitioner Rohullah hereby respectfully requests that this Court transfer his severed petition to Misc. No. 08-444 for purposes of coordination and management only.

Respectfully submitted,

Dated: July 15, 2008

Peter M. Ryan
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

George G. Gordon
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

Daniel C. Malone
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500 (Tel.)

Rebecca P. Dick
D.C. Bar No. 463197
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)