## CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on July 15, 2008, I caused to be served via e-mail through ECF a true and correct copy of the foregoing Motion of Petitioner Rohullah to Transfer Case to Misc. No. 08-444 for coordination and management, and proposed form of order, on the following counsel for Respondents:

Judry Laeb Subar
judry.subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
Tel: 202.514.3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6120
Washington, D.C. 20530

Rebecca P. Dick