IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJI ROHULLAH WAKIL, *Petitioner/Plaintiff*, v. GEORGE W. BUSH, *et al.*, *Respondents/Defendants.* | Case No. _____ (RMC) (formerly No. 05-1124) |
| IN RE : PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Misc. No. 08-444 (TFH) |

## MOTION TO FILE STATUS REPORT REGARDING HAJI ROHULLAH WAKIL

Petitioner Haji Rohullah Wakil (ISN 798) has moved to have his habeas petition assigned to Misc. No. 08-444 for purposes of coordination and management, because, like the other petitioners in that action, he is currently imprisoned abroad. He is being in held in the U.S.-sponsored Block D of Policharkei Prison in Afghanistan as a collateral consequence of his imprisonment at Guantanamo, and he remains in the constructive custody of the United States. His petition therefore raises many legal and factual issues in common with other petitioners in Misc. No. 08-444 who are also being held in Block D.

Petitioners in Misc. No. 08-444 have been ordered to file a status report on July 14, 2008. Anticipating that his motion to transfer his petition to No. 08-444 will be granted, Petitioner

Rohullah moves to comply with that order and for leave to file such a status report this day. The status report is attached to this motion.

Pursuant to LCvR 7(m), counsel have conferred with Respondents. Respondents state that they "reserve" their position on this motion.

Petitioner Haji Rohullah hereby respectfully requests that this Court accept for filing the attached status report.

Respectfully submitted,

Dated: July 14, 2008

Peter M. Ryan
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

George G. Gordon
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Tel.)

Daniel C. Malone
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500 (Tel.)

Rebecca P. Dick
D.C. Bar No. 463197
DECHERT LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300 (Tel.)
(202) 261-3333 (Fax)