IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAJI ROHULLAH WAKIL,<br><br>*Petitioner/Plaintiff,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents/Defendants.* | No. _____ (RMC)<br>(formerly No. 05-1124) |
| IN RE :<br>PETITIONERS SEEKING HABEAS CORPUS RELIEF IN RELATION TO PRIOR DETENTIONS AT GUANTANAMO BAY | Misc. No. 08-444 (TFH) |

### (PROPOSED) ORDER

Upon consideration of the Motion of Petitioner Haji Rohullah Wakil to file his status report in Misc. No. 08-444, and any response thereto, and it appearing that there is good cause for granting the Motion, it is hereby

**ORDERED** that the Motion be, and hereby is, granted in full. The Status Report of Haji Rohullah Wakil shall be filed in Misc. No. 08-444.

**SO ORDERED.**

Date: _____, 2008

_____
THOMAS F. HOGAN
United States District Judge