# CERTIFICATE OF SERVICE

I, Rebecca P. Dick, hereby certify that on July 14, 2008, I caused to be submitted via hand delivery to the Court Security Officer, for review and filing under seal, an original and two true and correct copies of the foregoing (1) Motion to File Status Report, (2) Status Report of Haji Rohullah Wakil, and (3) Proposed form of order. I requested that the Court Security Officer serve copies of these documents on the following counsel of record for Respondents:

> Judry Laeb Subar
> Judry.Sabar@usdoj.gov
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W. Room 7342
> Washington, D.C. 20530
> (202) 514-3969
>
> Terry M. Henry
> Terry.Henry@usdoj.gov
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W. Room 7144
> Washington, D.C. 20530
>
> Andrew I. Warden
> Andrew.Warden@usdoj.gov
> Trial Attorney
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W. Room 6120
> Washington, D.C. 20530

_____
Rebecca P. Dick