# EXHIBIT A

Declaration of Rebecca P. Dick in Support of
Motion to Withdraw as Counsel

I, Rebecca P. Dick, make the following statements to the best of my personal knowledge and belief:

1. I am an attorney at the law firm of Dechert LLP, 1775 I St., N.W., Washington, D.C. 20006. I am licensed to practice law in the District of Columbia and the State of New York. I make this declaration in support of my motion to withdraw as counsel in *Mousovi v. Bush*, No. 05-1124 (RMC) and *In re Guantanamo Bay Detainee Litigation*, Misc No. 08-442 (TFH).

2. I am unable to obtain written consent from these clients to my withdrawal as counsel, because they are confined at Guantanamo Bay and I have not had an opportunity to meet with them.

3. Other attorneys at Dechert LLP are primarily responsible for the representation of these clients. None of these clients know my name or that I have worked on their behalf.

4. Therefore, none of these clients would likely object to my withdrawal.

5. Other counsel at Dechert LLP who are well-versed in the Guantanamo litigation are already representing all of these clients and will continue to do so. The clients' interests will be well served.

6. As of August 2, 2008, I will no longer be associated with Dechert LLP.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on August 1, 2008.

_____
Rebecca P. Dick