IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al., | : |
| *Petitioners/Plaintiffs,* | : Case No. 05-CV-1124 (RMC) |
| v. | : |
| GEORGE W. BUSH, et al., | : |
| *Respondents/Defendants.* | : |

**ENTRY OF APPEARANCE AND ATTORNEY
CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)**

The undersigned counsel, Juliet Sarkessian, hereby (1) enters her appearance as one of the counsel for petitioners in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that she is an active member in good standing of the Bar of the Commonwealth of Pennsylvania, the State of New York, and an inactive member in good standing of the Bar of the State of North Carolina, and is providing representation to the petitioners without compensation.

Dated: August 13, 2008

/s/ Juliet Sarkessian
Juliet Sarkessian
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
(215) 994-2449
Fax: (215) 655-2449

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I, Juliet Sarkessian, hereby certify that on August 13, 2008, I caused to be served via email a true and correct copy of the foregoing Entry of Appearance and Attorney Certification Pursuant to L. Cv. R. 83.2(g), on counsel of record for Respondents as follows:

> Preeya M. Noronha
> Preeya.Noronha@usdoj.gov
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7226
> Washington, D.C. 20530
> (202) 514-3338
>
> Terry M. Henry
> Terry.Henry@usdoj.gov
> Senior Trial Attorney
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C. 20530
>
> Andrew I. Warden
> Andrew.Warden@usdoj.gov
> Trial Attorney
> United States Department of Justice
> Civil Division – Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C. 20530

/s/ Juliet Sarkessian
Juliet Sarkessian