IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | : |
| Petitioner/Plaintiffs, | : |
| v. | : Case No. 1:05-CV01124 |
| | : Judge: Rosemary M. Collyer |
| GEORGE W. BUSH, *et al.* | : |
| | : Type: Habeas Corpus / 2255 |
| Respondents/Defendants. | : |

**MOTION FOR ADMISSION *PRO HAC VICE***

Petitioners/Plaintiffs move for the admission *pro hac vice* of Juliet Sarkessian in the above-captioned case. Petitioners/Plaintiffs state as follows in support of this motion:

1. Juliet Sarkessian is a member in good standing of the bars the Commonwealth of Pennsylvania, the State of New York, the State of North Carolina (inactive), United States District Court for the Eastern District of Pennsylvania, the United States District Courts for the Southern and Eastern Districts of New York, and the United States District Court for the Western District of North Carolina (inactive).

2. Ms. Sarkessian has never been disciplined by any bar. To the best of her recollection, Ms. Sarkessian has not been previously admitted *pro hac vice* in this Court.

3. The undersigned is member in good standing of the bar of this Court.

Dated: August 25, 2008

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners/Plaintiffs*

By: /s/ Tara R. Kelly
Tara R. Kelly
D.C. Bar No. 438241
1775 Eye Street, N.W.
Washington, D.C. 20006
Tel: 202.261.3300
Fax: 202.261.3333

Juliet Sarkessian
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215.994.4000
Fax: 215.994.2222