## CERTIFICATE OF SERVICE

I certify that, on August 25, 2008, I caused to be served a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* and the Declaration of Juliet Sarkessian, by first class mail, postage prepaid on the following persons:

>Preeya M. Noronha
>Preeya.Noronha@usdoj.gov
>United States Department of Justice
>Civil Division – Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7226
>Washington, D.C. 20530
>(202) 514-3338
>
>Terry M. Henry
>Terry.Henry@usdoj.gov
>Senior Trial Attorney
>United States Department of Justice
>Civil Division – Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7144
>Washington, D.C. 20530
>
>Andrew I. Warden
>Andrew.Warden@usdoj.gov
>Trial Attorney
>United States Department of Justice
>Civil Division – Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7144
>Washington, D.C. 20530

_/s/ Tara R. Kelly_
**Tara R. Kelly**