IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: <br>   GUANTANAMO BAY <br>   DETAINEE LITIGATION | : <br> : <br> : <br> : | Misc. No. 08-442 (TFH) |
| ALI SHAH MOUSOVI, et al., <br>   *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, et al., <br>   *Respondents/Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 05-CV-1124 (RMC) |
| HAMID AL RAZAK, et al., <br>   *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, et al., <br>   *Respondents/Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 05-CV-1601 (GK) |
| ABDULLAH WAZIR ZADRAN, et al. <br>   *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, et al., <br>   *Respondents/Defendants.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 05-CV-2367 (RWR) |

ACKNOWLEDGEMENT

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that she has read the Protective Orders entered in the United States District Court for the District of Columbia in the cases captioned In Re: Guantanamo Bay Detainee Litigation v. George W. Bush, Misc. No. 08-442 (TFH); Ali Shah Mousovi, et al. v. George W. Bush, Civil No. 05-CV-1124 (RMC); Hamid Al Razak, et al., v. George W. Bush, Civil No. 05-CV-1601 (GK); and Abdullah Wazir Zadran, et al. v. George W. Bush, Civil No. 05-CV-2367 (RWR); understands their terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Orders. The undersigned acknowledges that her duties under the Protective Orders shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Orders may result in the imposition of sanctions by the Court.

Date: 9/2/08

Katharine Brown
Dechert LLP
1775 I ST NW
Washington DC 20006
Telephone: (202) 261-3468
Fax: (202) 261-3333

## CERTIFICATE OF SERVICE

   I, Michael G. Viguie, hereby certify that on September 2, 2008, I caused to be served via email a true and correct copy of the foregoing Acknowledgement of Katharine Brown on counsel of record for Respondents as follows:

  Judry Laeb Subar
  Judry.Subar@usdoj.gov
  United States Department of Justice
  Civil Division – Federal Programs Branch
  20 Massachusetts Avenue, N.W., Room 7342
  Washington, D.C. 20530
  (202) 514-3969

  Terry M. Henry
  Terry,Henry@usdoj.gov
  Senior Trial Attorney
  United States Department of Justice
  Civil Division – Federal Programs Branch
  20 Massachusetts Avenue, N.W., Room 7144
  Washington, D.C. 20530
  (202) 514-4107

  Andrew I. Warden
  Andrew.Warden@usdoj.gov
  Trial Attorney
  United States Department of Justice
  Civil Division – Federal Programs Branch
  20 Massachusetts Avenue, N.W., Room 6120
  Washington, D.C. 20530

                    _____
                     Michael G. Viguie