IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al.,<br>*Petitioners/Plaintiffs*, | :<br>:<br>: |
| v. | : Civil No. 05-CV-1124 (RMC) |
| GEORGE W. BUSH, et al.,<br>*Respondents/Defendants*. | :<br>:<br>: |

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned <u>Ali Shah Mousovi, et al. v. George W. Bush</u>, Civil No. 05-CV-1124 (RMC), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Date: September 3, 2008

_____
Brian R. Decker
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Telephone: 215 994.2941
Fax: 215.655.2941

Counsel for Petitioners