# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | : |
| Petitioner/Plaintiffs, | : |
| | : Case No. 1:05-CV01124 |
| v. | : |
| | : Judge: Rosemary M. Collyer |
| GEORGE W. BUSH, *et al.* | : |
| | : Type: Habeas Corpus / 2255 |
| Respondents/Defendants. | : |

## MOTION FOR ADMISSION *PRO HAC VICE*

Petitioners/Plaintiffs move for the admission *pro hac vice* of Brian R. Decker in the above-captioned case. Petitioners/Plaintiffs state as follows in support of this motion:

1. Brian R. Decker is a member in good standing of the bars the Commonwealth of Pennsylvania, the State of New Jersey, United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey.

2. Mr. Decker has never been disciplined by any bar. Mr. Decker has not been previously admitted *pro hac vice* in this Court.

3. The undersigned is member in good standing of the bar of this Court.

Dated: Sept. 3, 2008

Respectfully submitted,

DECHERT LLP
*Counsel for Petitioners/Plaintiffs*

By: /s/ Tara R. Kelly
Tara R. Kelly
D.C. Bar No. 438241
1775 Eye Street, N.W.
Washington, D.C. 20006
Tel: 202.261.3300
Fax: 202.261.3333

Brian R. Decker
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215.994.4000
Fax: 215.994.2222