IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *ET AL.*, <br> *Petitioners/Plaintiffs,* <br><br> v. <br><br> GEORGE W. BUSH, *ET AL.*, <br> *Respondents/Defendants* | : Case No.: 1:05CV01124 <br> : <br> : Judge: Rosemary M. Collyer <br> : <br> : Type: Habeas Corpus/2255 <br> : <br> : |

## ORDER

The Court, having considered the motion of Petitioners/Plaintiffs for the admission *pro hac vice* of Brian R. Decker in the above-captioned case, ORDERS that the motion is GRANTED.

Date: _____, 2008          _____
                                                                                         JUDGE