## CERTIFICATE OF SERVICE

I certify that, on Sept. 3, 2008, I caused to be served a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* and the Declaration of Brian R. Decker, by first class mail, postage prepaid on the following persons:

Preeya M. Noronha
Preeya.Noronha@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7226
Washington, D.C. 20530
(202) 514-3338

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

Andrew I. Warden
Andrew.Warden@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530

*/s/ Tara R. Kelly*
**Tara R. Kelly**