IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *ET AL.*,<br>*Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH, *ET AL.*,<br>*Respondents/Defendants* | Case No.: 1:05CV01124<br><br>Judge: Rosemary M. Collyer<br><br>Type: Habeas Corpus/2255 |

### DECLARATION OF JOSEPH K. HETRICK

I, Joseph K. Hetrick, declare as follows:

1. I am a member in good standing of the bars the Commonwealth of Pennsylvania, the State of New Jersey, United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

2. I have never been disciplined by any bar.

3. To the best of my recollection, I have not previously been admitted *pro hac vice* in this Court.

4. My office address is Dechert, LLP, Cira Centre, 2929 Arch Street, Philadelphia, PA 19104-2808.

5. My office telephone number is (215) 994-2250.

6. If admitted *pro hac vice*, I will be representing petitioners on a pro bono basis, without compensation.

7.  I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4, 2008.

_____
JOSEPH K. HETRICK

13266174.1.LITIGATION