IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALI SHAH MOUSOVI, *et al.*,

Petitioner/Plaintiffs,

v.

GEORGE W. BUSH, *et al.*

Respondents/Defendants.

Case No. 1:05-CV-1124(RMC)

**ORDER**

The Court, having considered the motion of Petitioners/Plaintiffs for the admission *pro hac vice* of Joseph K. Hetrick in the above-captioned case, ORDERS that the motion is GRANTED.

Date: _____, 2008       _____
                                                    JUDGE