IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALI SHAH MOUSOVI, et al.,
    *Petitioners/Plaintiffs*,

v.

GEORGE W. BUSH, et al.,
    *Respondents/Defendants*.

Civil No. 05-CV-1124 (RMC)

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that she has read the Protective Orders entered in the United States District Court for the District of Columbia in the cases captioned <u>Ali Shah Mousovi, et al. v. George W. Bush</u>, Civil No. 05-CV-1124 (RMC); understands their terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Orders. The undersigned acknowledges that her duties under the Protective Orders shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Orders may result in the imposition of sanctions by the Court.

Date: Sept. 4, 2008

/s/ Tara R. Kelly
Tara R. Kelly
D.C. Bar No. 438241
Dechert LLP
1775 I St. NW
Washington, DC 20006
Telephone: 202.261.3329
Fax:      202.261.3333

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I certify that, on September 4, 2008, I caused to be served via first-class mail a true and correct copy of the foregoing Acknowledgement in *Ali Shah Mousovi, et al., v. George W. Bush, et al.,* on counsel of record for Respondents as follows:

Preeya M. Noronha
preeya.noronha@usdoj.gov
U.S. Department of Justice
Civil Division—Federal Programs Branch
20 Massachusetts Ave., NW, Room 7226
Washington, D.C. 20530
Tel: 202.514.3338

Terry M. Henry
terry.henry@usdoj.gov
Senior Trial Attorney
U.S. Department of Justice
Civil Division—Federal Programs Branch
20 Massachusetts Ave., NW, Room 7226
Washington, D.C. 20530

Andrew I. Warden
andrew.warden@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division—Federal Programs Branch
20 Massachusetts Ave., NW, Room 7226
Washington, D.C. 20530

Tara R. Kelly