IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALI SHAH MOUSOVI, et al.,** | : | |
| *Petitioners/Plaintiffs,* | : | |
| | : | |
| **v.** | : | **Civil No. 05-CV-1124 (RMC)** |
| | : | |
| **GEORGE W. BUSH, et al.,** | : | |
| *Respondents/Defendants.* | : | |
| | : | |

### PRAECIPE

Undersigned counsel for Petitioner respectfully states as follows:

1.      According to terms of the Protective Order entered by this court in the above-captioned case, "Without authorization from the government or the Court, protected information shall not be disclosed or distributed to any person or entity other than … petitioners' counsel, provided such individuals have signed the Acknowledgment, attached hereto as Exhibit C, attesting to the fact that they have read this Protective Order and agree to be bound by its terms …" *Id.* ¶ 35(a).

2.      The Protective Order defines "petitioners' counsel" to include "an attorney who is employed or retained by or on behalf of a petitioner for purposes of representing the petitioner in habeas corpus or other litigation in federal court in the United States, as well as co-counsel, interpreters, *paralegals*, investigators and all other personnel or support staff employed or engaged to assist in the litigation." *Id.* ¶ 12 (emphasis added).

3.      William C. Rueter Jr. is a paralegal employed by Dechert LLP. He assists attorneys in their representation of several Guantanamo Bay detainees.  In order to access protected information concerning our clients, the Protective Order entered in this case requires

that Mr. Rueter file an executed Acknowledgment regarding the Protective Order, which is

attached here as Exhibit A.

Dated: Washington, D.C.
        September 4, 2008

                                        Respectfully submitted,

                                        Counsel for Petitioner

                                        *Tara R. Kelly*

                                        Tara R. Kelly
                                        Attorney #438241
                                        Dechert LLP
                                        1775 I Street, N.W.
                                        Washington, DC 20006
                                        Tel: (202) 261-3329
                                        Fax: (202) 261-3057

**EXHIBIT A**

## <u>ACKNOWLEDGEMENT</u>

The undersigned hereby acknowledges that he/she has read the Protective Orders

entered in the United States District Court for the District of Columbia in the case captioned

<u>Ali Shah Mousovi, et al. v. George W. Bush,</u> Civil No. 05-CV-1124 (RMC); understands their

terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the

undersigned agrees not to use or disclose any protected information or documents made available

to him other than as provided by the Protective Orders. The undersigned acknowledges that his

duties under the Protective Orders shall survive the termination of this case and are permanently

binding, and that failure to comply with the terms of the Protective Orders may result in the

imposition of sanctions by the Court.

Date: 9/3/2008

William C. Rueter Jr

## CERTIFICATE OF SERVICE

I certify that, on September 4, 2008, I caused to be served via first-class mail a true and correct copy of the foregoing Praecipe in *Ali Shah Mousovi, et al., v. George W. Bush, et al.,* on counsel of record for Respondents as follows:

Preeya M. Noronha
preeya.noronha@usdoj.gov
U.S. Department of Justice
Civil Division—Federal Programs Branch
20 Massachusetts Ave., NW, Room 7226
Washington, D.C. 20530
Tel: 202.514.3338

Terry M. Henry
terry.henry@usdoj.gov
Senior Trial Attorney
U.S. Department of Justice
Civil Division—Federal Programs Branch
20 Massachusetts Ave., NW, Room 7226
Washington, D.C. 20530

Andrew I. Warden
andrew.warden@usdoj.gov
Trial Attorney
U.S. Department of Justice
Civil Division—Federal Programs Branch
20 Massachusetts Ave., NW, Room 7226
Washington, D.C. 20530

Tara R. Kelly