IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | : |
| *Petitioner/Plaintiffs,* | : |
| v. | : Case No. 1:05-CV-1124(RMC) |
| GEORGE W. BUSH, *et al.* | : |
| *Respondents/Defendants.* | : |

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that she has read the Protective Order entered in the Unites States District Court for the District of Columbia in the case captioned *Mousovi, et al. v. Bush, et al.*, No. 05-CV-1124 (RMC), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated: September 9, 2008

_____
Joseph K. Hetrick
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2250
Fax: (215) 655-2250

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I, Joseph K. Hetrick, hereby certify that on September 9, 2998, I caused to be served via email a true and correct copy of the foregoing Acknowledgment, on counsel of record for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7342
Washington, D.C. 20530
(202) 514-3969

Terry M. Henry
Terry.Henry@usdoj.gov
Senior Trial Attorney
United States Department of Justice
Civil Division - Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7144
Washington, D.C. 20530
(202) 514-4107

_____
Joseph K. Hetrick