IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, et al., | : |
| *Petitioners/Plaintiffs,* | : Case No. 05-CV-1124 (RMC) |
| v. | : |
| GEORGE W. BUSH, et al., | : |
| *Respondents/Defendants.* | : |

### ENTRY OF APPEARANCE AND ATTORNEY CERTIFICATION PURSUANT TO L. CV. R. 83.2(g)

The undersigned counsel, Joseph K. Hetrick, hereby (1) enters his appearance as one of the counsel for petitioners in the above-captioned case; and (2) certifies pursuant to L. Cv. R. 83.2(g) that he is an active member in good standing of the Bars the Commonwealth of Pennsylvania, the State of New Jersey, United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit, and is providing representation to the petitioners without compensation.

Dated: September 9, 2008

Joseph K. Hetrick
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
(215) 994-2250
Fax:  (215) 655-2250

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I, Joseph K. Hetrick, hereby certify that on September 9, 2008, I caused to be served via email a true and correct copy of the foregoing Entry of Appearance and Attorney Certification Pursuant to L. Cv. R. 83.2(g), on counsel of record for Respondents as follows:

>Preeya M. Noronha
>Preeya.Noronha@usdoj.gov
>United States Department of Justice
>Civil Division – Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7226
>Washington, D.C. 20530
>(202) 514-3338
>
>Terry M. Henry
>Terry.Henry@usdoj.gov
>Senior Trial Attorney
>United States Department of Justice
>Civil Division – Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7144
>Washington, D.C. 20530
>
>Andrew I. Warden
>Andrew.Warden@usdoj.gov
>Trial Attorney
>United States Department of Justice
>Civil Division – Federal Programs Branch
>20 Massachusetts Avenue, N.W., Room 7144
>Washington, D.C. 20530

_____
Joseph K. Hetrick