IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALI SHAH MOUSOVI, et al.,
*Petitioners/Plaintiffs,*

v.

Civil No. 05-CV-1124 (RMC)

GEORGE W. BUSH, et al.,
*Respondents/Defendants.*

## ACKNOWLEDGEMENT

The undersigned hereby acknowledges that he/she has read the Protective Orders entered in the United States District Court for the District of Columbia in the cases captioned <u>Ali Shah Mousovi, et al. v. George W. Bush</u>, Civil No. 05-CV-1124 (RMC); understands their terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Orders. The undersigned acknowledges that his/her duties under the Protective Orders shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Orders may result in the imposition of sanctions by the Court.

Date: 9-2-08

Juliet Sarkessian
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: 215 994.2596
Fax: 215.655.2596

Counsel for Petitioners

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2008, I caused the foregoing Acknowledgement of Juliet Sarkessian to be filed with the Court and served via e-mail on counsel for Respondents as follows:

Judry Laeb Subar
Judry.Subar@usdoj.gov
United States Department of Justice
Civil Division – Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

Terry M. Henry
Terry.Henry@usdoj.gov
United States Department of Justice
Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

_____
William C. Rueter Jr.